UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROSE MEACHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 23 C 15882 |
| v. | ) | |
| | ) | Formerly Case No. 2022L004671, Circuit |
| UNITED STATES DEPARTMENT OF | ) | Court of Cook County, Illinois |
| EDUCATION OFFICE FOR CIVIL | ) | |
| RIGHTS *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF REMOVAL OF A CIVIL ACTION</u>

To:    Iris Martinez, Clerk              Rose Meacham
       Circuit Court of Cook County, Illinois    730 W. Lake Street
       Richard J. Daley Center, Room 1001    Chicago, Illinois 60661
       50 West Washington Street          Meacham.rose@gmail.com
       Chicago, Illinois 60602

The United States of America, by its attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 28 U.S.C. § 1442(a), and in support states the following:

1.    Plaintiff Rose Meacham filed a complaint against more than eighty individuals and entities in the Circuit Court of Cook County, Illinois. The *pro se* complaint appears to allege various tortious acts including fraud, medical malpractice, legal malpractice, libel, breach of contract, and harassment.

2.    The United States Department of Education's Office of Civil Rights has been served with process. Other defendants listed in the complaint appear to be federal entities as well, including the Department of Health and Human Services, the Department of Justice, the National

Institute of Health, the National Science Foundation, "United States Attorney Generals," and "US Attorneys."

3.      Copies of the summons and complaint brought by Rose Meacham are attached to this notice as Exhibit A, in accordance with 28 U.S.C. § 1446(a).

4.      Pursuant to 28 U.S.C. § 1442(a), any civil action commenced against the United States or a federal agency in a state court may be removed to the district court for the district and division embracing the place where the state court action is pending.

5.      Meacham has not identified any waiver of sovereign immunity that would subject the United States Department of Education's Office of Civil Rights (nor any of the other putative federal defendants) to suit in state court for any reason.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 1442(a).

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Michael D. Claus
    MICHAEL CLAUS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 469-6021
    michael.claus@usdoj.gov

# EXHIBIT A

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | | |
|---|---|---|
| **Cook** COUNTY | **SUMMONS** | For Court Use Only |

**Instructions ▾**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

Plaintiff / Petitioner *(First, middle, last name)*

**Rose Meacham**

v. **Office of Civil Rights, (OCR)**
**Department of Education, etc.**

Defendant / Respondent *(First, middle, last name)*

Case Number

**2022-L-004671**

☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

In 1b, enter a second address for Defendant/Respondent, if you have one.

In 1c, check how you are sending your documents to Defendant/Respondent.

1. **Defendant/Respondent's address and service information:**
   a. Defendant/Respondent's primary address/information for service: **Office of**
      Name *(First, Middle, Last):* **Department of Civil Rights**
      Registered Agent's name, if any: **Education, etc. (OCR)**
      Street Address, Unit #: **230 S. Dearborn St. 37th**
      City, State, ZIP: **Chicago, IL 60604** **Floor**
      Telephone: **312.814.3000** Email: _____

   b. If you have more than one address where Defendant/Respondent might be found, list that here: **Please serve other Defendants**
      Name *(First, Middle, Last):* **Listed on service**
      Street Address, Unit #: **Lists etc.**
      City, State, ZIP: _____
      Telephone: _____ Email: _____

   c. Method of service on Defendant/Respondent:
      ☐ Sheriff   ☐ Sheriff outside Illinois: _____
      ☐ Special process server            County & State
      ☐ Licensed private detective

SU-S 1603.2                                    Page 1 of 4                                    (06/21)

*Handwritten margin notes (right side):* Please check the courthouse for all case documents because I don't have enough money to print all of the documents.

*Handwritten notes (bottom):* Please confirm receipt of this summons and email meacham.rose@gmail.com. Please send me the preferred email or fax to receive all case documents so the sheriffs don't have to deliver the documents everytime.

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2.** **Information about the lawsuit:** Amount claimed: $ O |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** **Contact information for the Plaintiff/Petitioner:** Name *(First, Middle, Last)*: Rose Meacham<br>Street Address, Unit #: 730 W Lake St<br>City, State, ZIP: Chicago, IL 60661<br>Telephone: 650.740.3984 Email: meacham.rose @gmail.com |

| | |
|---|---|
| **GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties. | |

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4.** **Instructions for person receiving this *Summons* (Defendant):**<br>a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at: meacham.rose@gmail.com<br>Address: 50 W Washington St.<br>City, State, ZIP: Chicago, IL 60602 |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | b. Attend court:<br>On: 11-17-23 at 12 pm ☐ a.m. ☒ p.m. in 2609<br>     *Date*     *Time*           *Courtroom*<br>In-person at: Daley Center<br>50 W Washington St. Chicago, IL 60602<br> *Courthouse Address*    *City*    *State*    *ZIP*<br>OR |
| In 4b, fill out:<br>•The court date and time the clerk gave you.<br>•The courtroom and address of the court building.<br>•The call-in or video information for remote appearances (if applicable).<br>•The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: _____<br> *Call-in number for telephone remote appearance*<br>By video conference: _____<br> *Video conference website*<br>_____<br> *Video conference log-in information (meeting ID, password, etc.)*<br>Call the Circuit Clerk at: _____ or visit their website<br> *Circuit Clerk's phone number*<br>at: _____ to find out more about how to do this.<br> *Website* |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | Witness this Date: IRIS Y. MARTINEZ OCT 1 3 2023     *Seal of Court* |
| **STOP!** The officer or process server will fill in the Date of Service. | Clerk of the Court: IRIS Y. MARTINEZ<br>CLERK OF CIRCUIT COURT<br>This *Summons* must be served within 30 days of the witness date.<br>Date of Service: _____<br> *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

SU-S 1503.2                                  Page 2 of 4                            (06/21)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT _Cook_ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | **Rose Meacham** | |
| | Plaintiff / Petitioner (First, middle, last name) | |
| Enter your name as Plaintiff/Petitioner. | **Office of Civil Rights (OCR),** | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. **Department of Education, etc.** | **2022-L-004671** |
| Enter the Case Number given by the Circuit Clerk. | Defendant / Respondent (First, middle, last name) | |
| | ☑ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | Case Number |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
First, Middle, Last

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
First, Middle, Last

☐ Personally on the Defendant/Respondent:
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
First, Middle, Last
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
First, Middle, Last
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: _____

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.     On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address: _____
      City, State, ZIP: _____
      Other information about service attempt: _____
      _____
      _____
      _____

2.     On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address: _____
      City, State, ZIP: _____
      Other information about service attempt: _____
      _____
      _____
      _____

3.     On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
      Address: _____
      City, State, ZIP: _____
      Other information about service attempt: _____
      _____
      _____
      _____

**DO NOT** complete this section. The sheriff or private process server will complete it.

If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.

Under the Code of Civil Procedure, 735 ILCS 5/1–109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

By: _____
*Signature by:* ☐ Sheriff
           ☐ Sheriff outside Illinois
           _____
           *County and State*
           ☐ Special process server
           ☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total           $ 0.00

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

SU-S 1503.2           Page 4 of 4           (06/21)

## LETTER TO THE SHERIFF
### (SERVING A SUMMONS AND FORMS)

**Instructions to User**

1. Complete this letter. If there is more than one defendant/respondent and they do not all live in the same county, you will need to complete this letter for each sheriff that you will be asking to serve a *Summons*.

2. With this letter, include the *Summons* and a copy of your forms for each of the other parties in your case that live in that county, payment or *Order for Waiver of Court Fees*, and a self-addressed and stamped envelope for the sheriff to mail the Affidavit of Service to you.

3. Send your letter and the documents listed above to the sheriff's office in the county and state where the other party lives.

Date: 10-12-2023

Sheriff of Cook County State of IL

Address of Sheriff 50 W Washington St. Chicago, IL 60602

Dear Sheriff:

Re: Rose Meacham v. Office of Civil Rights (OCR) Department of Education, etc. Case Number: 2022-L-004671

Plaintiff/Petitioner / Defendant/Respondent

I am enclosing the *Summons*:

to be served on: Office of Civil Rights (OCR), Department of Education, etc.

Name of Other Party

Street, Apt #    City    State    Zip

to be served on: 230 &S. Dearborn St. 37th Floor

Name of Other Party    Chicago, IL 60604    (fill in only if there is more than 1 other party)

Street, Apt #    City    State    Zip    312, 814, 3000

to be served on:

Name of Other Party    (fill in only if there are more than 2 other parties)

Street, Apt #    City    State    Zip

OCR, Dept. of Edu etc. Please serve Defendants on Service Lists, etc.

SU-LS 1505.1    Page 1 of 2    (02/16)

Check the box that applies:

☒ I have enclosed an *Order for Waiver of Court Fees* entered by the Court in _Cook_ County, Illinois, which waives the cost of service; **OR**

☐ I have enclosed the cost of service $ _____.

Once you have served the enclosed documents, please complete the Affidavit of Service and return it to me in the enclosed self-addressed stamped envelope.

Thank you for your attention to this matter.

Sincerely,

730 W. Lake St.
_____
Signature

730 W Lake St.
_____
Street Address, Apt #

650 740 3984
_____
Phone

730 W. Lake St.
_____
Printed Name

Chicago IL 60661
_____
City          State          Zip

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT **Cook** COUNTY | **SUMMONS** | For Court Use Only |
|---|---|---|

**Instructions ▼**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

**Rose Meacham**
Plaintiff / Petitioner (First, middle, last name)

**Office of Civil Rights, (OCR)**

v. **Department of Education, etc.**

Defendant / Respondent (First, middle, last name)

Case Number: **2022-L-004671**

☑ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.)

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a Summons form for each Defendant/Respondent.

1. **Defendant/Respondent's address and service information:** Office of Civil Rights

In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

   a. Defendant/Respondent's primary address/information for service:
   Name (First, Middle, Last): **Department of Education, etc. (OCR)**
   Registered Agent's name, if any:
   Street Address, Unit #: **230 S. Dearborn St. 37th**
   City, State, ZIP: **Chicago, IL 60604** Floor
   Telephone: **312.814.3000** Email: _____

In 1b, enter a second address for Defendant/Respondent, if you have one.

   b. If you have more than one address where Defendant/Respondent might be found, list that here: **Please serve other Defendants**
   Name (First, Middle, Last): **Listed on service**
   Street Address, Unit #: **Lists etc.**
   City, State, ZIP: _____
   Telephone: _____ Email: _____

In 1c, check how you are sending your documents to Defendant/Respondent.

   c. Method of service on Defendant/Respondent:
   ☐ Sheriff
   ☐ Sheriff outside Illinois: _____
      County & State
   ☐ Special process server
   ☐ Licensed private detective

Please confirm receipt of this summons and email meacham.rose@gmail.com. Please send me the preferred email or fax to receive all case documents so the sheriffs don't have to receive all case documents everytime.

SU-S 1503.2 Page 1 of 4 (06/21)

Please check the courthouse for all case documents because I don't have enough money to print all of the documents.

Enter the Case Number given by the Circuit Clerk: _____

| In 2, enter the amount of money owed to you.<br><br>In 3, enter your complete address, telephone number, and email address, if you have one. | **2.** **Information about the lawsuit:**<br>Amount claimed: $ ○<br><br>**3.** **Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last):* Rose Meacham<br>Street Address, Unit #: 730 W Lake St<br>City, State, ZIP: Chicago, IL 60661<br>Telephone: 650.740. 3984  Email: meacham.rose@gmail.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b.<br><br>In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*.<br><br>In 4b, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **4.** **Instructions for person receiving this *Summons* (Defendant):**<br>☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at: meacham.rose@gmail.com<br>Address: 50 W Washington St.<br>City, State, ZIP: Chicago, IL 60602<br><br>☑ b. Attend court:<br>On: 11-17-23 at 12 pm ☐ a.m. ☒ p.m. in 2609<br>       *Date*      *Time*                              *Courtroom*<br>In-person at: Daley Center<br>50 W Washington St. Chicago, IL 60602<br>*Courthouse Address*   *City*        *State*   *ZIP*<br>OR<br>Remotely (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>    By telephone: _____<br>                        *Call-in number for telephone remote appearance*<br>    By video conference: _____<br>                        *Video conference website*<br>    _____<br>    *Video conference log-in information (meeting ID, password, etc.)*<br><br>Call the Circuit Clerk at: _____ or visit their website<br>                        *Circuit Clerk's phone number*<br>at: _____ to find out more about how to do this.<br>    *Website* |

| **STOP!**<br>The Circuit Clerk will fill in this section.<br><br>**STOP!**<br>The officer or process server will fill in the Date of Service. | Witness this Date: **IRIS Y. MARTINEZ OCT 13 2023**<br><br>Clerk of the Court: **IRIS Y. MARTINEZ**<br>                **CLERK OF CIRCUIT COURT**<br><br>This *Summons* must be served within 30 days of the witness date.<br><br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

Seal of Court

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT Cook COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

Rose Meacham

Plaintiff / Petitioner (First, middle, last name)

v. Office of Civil Rights (OCR), Department of Education, etc.

Defendant / Respondent (First, middle, last name)

2022-L-004671

☑ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.)

Case Number

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
    First, Middle, Last

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
First, Middle, Last

☐ Personally on the Defendant/Respondent:
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
                First, Middle, Last
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____

☐ On the Corporation's agent, _____
                        First, Middle, Last
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: _____

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |
|---|---|

**By:** _____

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

*Signature by:*
☐ Sheriff
☐ Sheriff outside Illinois

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return: $ _____
Miles _____   $ _____
Total   $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

## LETTER TO THE SHERIFF
### (SERVING A SUMMONS AND FORMS)

**Instructions to User**

1. Complete this letter. If there is more than one defendant/respondent and they do not all live in the same county, you will need to complete this letter for each sheriff that you will be asking to serve a *Summons*.

2. With this letter, include the *Summons* and a copy of your forms for each of the other parties in your case that live in that county, payment or *Order for Waiver of Court Fees*, and a self-addressed and stamped envelope for the sheriff to mail the *Affidavit of Service* to you.

3. Send your letter and the documents listed above to the sheriff's office in the county and state where the other party lives.

Date: 10-12-2023

Sheriff of _____Cook_____ County   State of ____IL____

Address of Sheriff ___50 W Washington St.___
___Chicago, IL 60602___

Dear Sheriff:

Re: __Rose Meacham__   __Office of Civil Rights (OCR), Department of Education, etc.__   Case Number: __2022-L-004671__
Plaintiff/Petitioner    Defendant/Respondent

I am enclosing the *Summons*:

to be served on: __Office of Civil Rights (OCR), Department of Education, etc.__
Name of Other Party

Street, Apt #    City    State    Zip

to be served on: __230 &S. Dearborn St. 37th Floor__
Name of Other Party

__Chicago, IL 60604__   (fill in only if there is more than 1 other party)
Street, Apt #    City    State    Zip    __312, 814, 3000__

to be served on: _____
Name of Other Party   (fill in only if there are more than 2 other parties)

_____
Street, Apt #    City    State    Zip

OCR, Dept. of Edu etc. Please
serve Defendants on Service
Lists, etc.

SU-LS 1505.1                    Page 1 of 2                    (02/16)

*Check the box that applies:*

☑ I have enclosed an *Order for Waiver of Court Fees* entered by the Court in _Cook_ County, Illinois, which waives the cost of service; **OR**

☐ I have enclosed the cost of service $ _____

Once you have served the enclosed documents, please complete the Affidavit of Service and return it to me in the enclosed self-addressed stamped envelope.

Thank you for your attention to this matter.

Sincerely,

_____
Signature

730 W Lake St.
Street Address, Apt #

650 740 3984
Phone

730 W. Lake St.
Printed Name

Chicago IL 60661
City          State      Zip

SU-LS 1505.1                    Page 2 of 2                    (02/16)

FILED
OCT 13 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

①

Dear Defendants-

I am unsure how to file this
Lawsuit and I am Pro Se.
Defendants are refusing service, and
I am hoping you can help
me serve the Defendants.

Defendants are refusing
to accept the Serving Papers
when the Police give the
Defendants the papers in-
person. And the Defendants
are refusing Service Papers
by mail - so, I am
requesting that you please
help serve the Defendants.

I am also not certain
of who the Defendants
should be listed as, because

I am being illegally blocked

②

The IL Courts, and Defendants are refusing to release vital evidence, even via FOIA, so I can list the Defendants accurately. For example, the Deans offices and OSCR are illegally keeping evidence under lock and key and violated their own School policies, and my constitutional, Civil, State Rights etc. by not allowing me to even see illegal

③

fraudulent character
Defamation put on permanent
hidden record at UI, etc.
The names of the people
filing false accusations is
not being released, the
evidence submitted
against me is not being
released, the accusations
themselves are not being
released. I've tried
Subpeoning but I am not
a lawyer and therefore
I am not allowed to
Subpeon a this vital
evidence listing the Defendat
for the Court Case. and

④

I am doing the best I can without even knowing the Defendants lists — An illegal UnConstitutional, violation, of Human Rights occured at UI where mock trials with Juries were held against me and I was not allowed to see the accusations, evidence, accusers, etc. but I was required to defend myself. The onsite work injuries such as rape from UI Professor Zvoch Cheng were never given legally required services etc. on-campus and I was

not even able to attend
the Mock Trial — I ⑤
was not able to even
defend myself in the
trial — I have no idea
what happened at the
trial — UI refused to
wait for me to have these
trials and meetings, which is
illegal and I was illegally
fired/expelled for reporting
Medical Malpractice, Scientific
Fraud, Data Fabrication,
Rape, Labor Law Violations,
and contacting the NIH,
NSF as legally required, and
more. All of this is illegal

and I am hoping to ⑥
rectify this situation in
Court — I am not
asking for money and
I am including the
reports to the best of
my abilities so people can
be safe.

As medical, scientific
Doctors it is our duty to
report these serious
risks to peoples lives
but people say I am
"harassing" them with
the legally mandated
reporting processes to

⑦

make certain American citizens are safe.

For example, the OSCR took a fraudulent report that my cooperating with the Title IX office is "harassment" and by definition making this claim is illegal. If we cannot report Medical Malpractice, Scientific Fraud, Data Fabrication, Rape (from Professors teaching 18 year old girls) then the proper authorities cannot do their jobs. I hope my lawsuit is allowed and I am not

⑧

pressing charges and I am not asking for money.

I just want this reporting system to be fixed so mandatory reporting laws can be followed to ensure people's safety.

All the best,
Rose

Please serve the Defendants in your school, government, etc. as you see fit. I don't want to harass people with summons and do not know the Defendants info

I cannot afford to photocopy the entire Revised complaint. So please check the Court house for the documents, Revised Complaint, etc. and serve to the Service Defendants Lists as you see fit.

The Damages from the Defendants have harmed me so much I cannot afford to make so many photocopies, prints of these Court documents, mailings, etc. Thank You!

FILED
OCT 1 6 2023
RUS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK

Also my computer is broken and in the repair shop because faulty technology products and other products in the country are designed intentionally to break, or need costly upgrades so we are all forced against our wills to continue purchasing new computers, printers, ink, technology, and other products etc. because companies intentionally build products to break so to companies make more money when people have to constantly buy, purchase replacement products and upgrades, and we aren't allowed to build our own versions of these products due to copyright, patents, illegal blocks to small

making their own products, etc. in dependent inventors

Service List

## SUMMONS MASTER - FINAL

Chicago: SHERIFF

Urbana-Champaign: SHERIFF

Springfield: SHERIFF

Washington DC: SHERIFF

Virginia: SHERIFF

Maryland: SHERIFF

------------------
**DEFENDANT**
------------------
**Urbana-Champaign: SHERIFF**

Champaign Police

US Attorneys // District Attorney (State's Attorney)

District State Attorney

*
University of Illinois

Zuofu Cheng

Brad Sutton

Alexander Cerjanic

Neal J Cohen

Aron Keith Barbey

Mickeal Key

Samuel Beshers

Please Serve the other Defendants on the Service Lists, etc.

Stephanie Pregent

Martha U. Gillette

Sepideh Sadaghiani Friberg

Rhanor Gillette

Justin S. Rhodes

Gene Robinson

Office of Student Conflict Resolution (OSCR)

Danielle Morrisson

Margaret A. Lawler

Alexis Thompson

The Graduate College

Allison McKinney

Justin Brown

Debra Ann Imel

Katherine C. Snyder

Stephen Bryan

Danita Brown Young

Deans Offices

Behavioral Intervention Team (BIT)

University of Illinois Police Department (UIPD)

Human Resources

Office of Access and Equity (OAE)

Office of the Provost

Surangi W. Punyasena

Stephen Downie

McKinley Health Centers

Carle Hospitals

Janise Marie Phillips, RHIA, MLS

Regina Harrington

Student Assistance Center Deans

Neuroscience Program (NSP)

Biology Department

Engineering Department

Board of Trustees

Board of Directors

University of Illinois Chancellors

*
Linda Deanna

Stephen Linn

Ajla Smajlovic

Maryam Zaroudi

Sophia Irini Hamilton

Caryn A. Bills-Windt

Keith Ellis

Jacquelyn DeLaurentis

Peter G. Okkema

Eric V. Stabb

Donald Kamm

Keana Marie Galloway

------------------
**DEFENDANT**
------------------
**Chicago: SHERIFF**

State of Illinois

Husch Blackwell LLP

United State Attorney Generals

Kwame Raol

Kim Foxx

Surgeon Generals (IDPH)

Illinois State Bar Association

Office for Civil Rights (OCR)

Board of Education (ISBE)

Higher Learning Commission (HLC)

US Attorneys // District Attorney (State's Attorney)

------------------
**DEFENDANT**
------------------
**Washington DC: SHERIFF**

Inspector Generals (OEIG)

Department of Education

U.S. Attorneys // District Attorney (State's Attorney)

United State Attorney Generals

U.S. Department of Health and Human Services (HHS)

Surgeon Generals (IDPH)

Department of Justice (DOJ)

-------------------
**DEFENDANT**
-------------------
**Virginia: SHERIFF**

National Science Foundation

Robert Crosgrove, NSF

William Scott Carr, GWCPM / GWCCM, NSF

Zita R. Barnett, NSF

Rhonda J. Davis, NSF

-------------------
**DEFENDANT**
-------------------
**Maryland: SHERIFF**

National Institute of Health



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2022L004671 **SHERIFF NUMBER:** 03709351 **MULT. SER.:** 2 **DOC. TYPE:** LAW

**DIE DATE:** 01/30/2023 **RECEIVED DATE:** 01/06/2023 **FILED DATE:** 01/06/2023 **DIST:** 661

| | | |
|---|---|---|
| **DEFENDANT:** STATE OF ILLINOIS | **PLAINTIFF:** | MEACHAM, ROSE |
| **ADDRESS:** 555 W MONROE | **ATTORNEY:** | ROSE MEACHAM |
| **CITY:** CHICAGO | **ADDRESS:** | 555 W LAKE ST |
| **STATE:** IL **ZIP CODE:** 60661 | **CITY:** | CHICAGO |
| **ATTACHED FEE AMT:** | **STATE:** | IL **ZIP CODE:** 60661 |
| **SERVICE INFORMATION:** | | |

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE DAY OF _ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☑ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY____BUSINESS _____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**
**\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

**(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 _____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

| | | |
|---|---|---|
| ☐ (01) NO CONTACT | ☐ (05) WRONG ADDRESS | ☐ (09) DECEASED |
| ☐ (02) MOVED | ☐ (06) NO SUCH ADDRESS | ☐ (10) NO REGISTED AGENT |
| ☐ (03) EMPTY LOT | ☐ (07) EMPLOYER REFUSAL | ☐ (11) OUT OF COOK COUNTY |
| ☐ (04) NOT LISTED | ☐ (08) CANCELLED BY PLAINTIFF ATTY | ☐ (12) OTHER REASON (EXPLAIN) |

**EXPLANATION:**

| | ATTEMPTED SERVICES | | |
|---|---|---|---|
| **WRIT SERVED ON:** CARMEN ESTRADA | Date | Time | Star # |
| **SEX:** F **RACE:** HP **AGE:** 22 | 01/11/2023 | 13:03:00 | # 11158 |
| **THIS** 12 **DAY OF** Januar 20 23 y | | | |
| **TIME:** 11:05 AM | | | |

THOMAS J. DART,

SHERIFF, BY: /S/ HALL, JOSEPH #11158 , DEPUTY

Page 1 of 2



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2022L004671 **SHERIFF NUMBER:** 03709351 **MULT. SER.:** 2 **DOC. TYPE:** LAW

**DIE DATE:** 01/30/2023 **RECEIVED DATE:** 01/06/2023 **FILED DATE:** 01/06/2023 **DIST:** 661

| Date | Time | Star # |
|------|------|--------|
| 01/11/2023 | 13:03:00 | # 11158 |



## SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

**CASE NUMBER:** 2022L004671   **SHERIFF NUMBER:** 03709350   **MULT. SER.:** 2   **DOC. TYPE:** LAW

**DIE DATE:** 01/30/2023   **RECEIVED DATE:** 01/06/2023   **FILED DATE:** 01/06/2023   **DIST:** 607

| | |
|---|---|
| **DEFENDANT:** UNIVERSITY OF ILLINOIS | **PLAINTIFF:** MEACHAM, ROSE |
| **ADDRESS:** 601 S MORGAN | **ATTORNEY:** ROSE MEACHAM |
| **CITY:** CHICAGO | **ADDRESS:** 601 W LAKE ST |
| **STATE:** IL   **ZIP CODE:** 60607 | **CITY:** CHICAGO |
| **ATTACHED FEE AMT:** | **STATE:** IL   **ZIP CODE:** 60661 |
| **SERVICE INFORMATION:** | |

### I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE DAY OF _ 20.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☐ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____COMPANY____BUSINESS _____ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT ****

☐ **(8)** AND BY MAILING ON THE ___ DAY OF _____ 20 _____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

### THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:

☐ (01) NO CONTACT ☐ (05) WRONG ADDRESS ☐ (09) DECEASED
☐ (02) MOVED ☐ (06) NO SUCH ADDRESS ☐ (10) NO REGISTED AGENT
☐ (03) EMPTY LOT ☐ (07) EMPLOYER REFUSAL ☐ (11) OUT OF COOK COUNTY
☐ (04) NOT LISTED ☐ (08) CANCELLED BY PLAINTIFF ATTY ☑ (12) OTHER REASON (EXPLAIN)

**EXPLANATION:** Office occupied, per employee, legal called and will not accept service due to improper address.

| | |
|---|---|
| WRIT SERVED ON: | Error: Subreport could not be shown. |
| SEX: _____ RACE: _____ AGE: _____ | |
| THIS 25 DAY OF Januar 20 23 | |
| TIME: _____ | |

THOMAS J. DART,

SHERIFF, BY: /S/   LOPEZ, ANDREW #10732   , DEPUTY



**SHERIFF'S OFFICE OF COOK COUNTY**
**AFFIDAVIT OF SERVICE**

**CASE NUMBER:** 2022L004671 **SHERIFF NUMBER:** 03709350 **MULT. SER.:** 2 **DOC. TYPE:** LAW
**DIE DATE:** 01/30/2023 **RECEIVED DATE:** 01/06/2023 **FILED DATE:** 01/06/2023 **DIST:** 607

Error: Subreport could not be shown.

**FILED**

MAY 25 2022

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

**22L004671**

Complaint                        (02/14/22) CCL 0063 A

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS** District Attorneys, Kim Fo

**COUNTY DEPARTMENT, LAW DIVISION** Inspector Generals, Kwame Ra

Attorney Generals, Department of Justice,

Rose Meacham

Plaintiff(s)    Case No. Danita Brown Young,

Vs. State of Illinois       Contract: Allison McKinley, Chancellors,

Bob Cheng, Champaign Police, Attorney State General Champaign/Urbana, HR,

CARLE Hospitals, McKinley Health Center, Amount Claimed: Board of Education, UI Police, BIT, Title IX, UI

Danielle Morison, University of Illinois, Defendant(s) Return Date: Biology Department,

OSCR, Justin Brown, Debra Imel, Imlay, **COMPLAINT** Neuroscience Program, Engineering

Deans offices, Alexis Thompson,

The Plaintiff(s) claim(s) as follows (use next page if more space is required.): [Stephen Ryan, OCR

University of Illinois and Defendants are
guilty of Scientific Fraud, Medical Malpractice etc. bodily harm
Threats to individuals who report them and
There are corrupt Channels between UI Deans
Administrators and local Police. Many other res/As
have been silenced by Corruption of Power in this
Fiefdome.

The allegations in this complaint are true.

○ Atty. No.: _____ ⊗ Pro Se 99500

Atty Name: _____ Dated: _____

Atty. for (if applicable): _____

Address: 625 W Madison St. Unit 906      Signature

City: Chicago      State: IL

Zip: 60661

Telephone: 650, 740, 3984

Primary Email: meacham.rose@gmail.com

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| | | For Court Use Only |
|---|---|---|
| **STATE OF ILLINOIS,** **CIRCUIT COURT** _____ **COUNTY** | **ORDER FOR WAIVER OF COURT FEES** | Department of Justice, District Attorney, Kim Foxx, Inspector General, Kwame Rao, IL Bar Association, Attorney General, Board of Education, HR, Biology Department, OCR, |

**Instructions ▼**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

Enter the name of the person being sued as Defendant/Respondent

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

**22L004671**

Rose Meacham
Danita Brown Young, Champaign
Police
Plaintiff / Petitioner *(First, middle, last name)*
vs. State of Illinois, Zuoxi Cheng,
Neuroscience Program, U I Police, BIT, Title IX U I, HR
Danielle Morrison, Attorney State General, McKinley Health
University of Illinois, CARLE Hospitals, Engineering Center,
OSCR, Justin Brown, Debra Imel, Dean of Colleges,
Defendant / Respondent *(First, middle, last name)* **Case Number**
Stephen Bryan, Alexis Thompson, Allison McKinney,

Enter your full name as "Applicant."

**Applicant Name:** Rose _____ Meacham
First _____ Middle _____ Last

DO NOT check any boxes or fill in any more blanks on this form. The judge will complete the rest of the form.

**The Court having reviewed the *Application for Waiver of Court Fees* hereby finds:**

1. ☐ The applicant **qualifies** for a full (100%) waiver of all fees, costs, and charges because:

   a. ☐ The applicant receives means-based government assistance under one or more of the following programs:
      - Supplemental Security Income (SSI) (Not Social Security)
      - Aid to the Aged, Blind and Disabled (AABD)
      - Temporary Assistance for Needy Families (TANF)
      - SNAP (Food Stamps)
      - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

      **OR**

   b. ☐ The applicant's personal income is **125%** or less of the current poverty level as established by the U.S. Dept. of Health & Human Services and the applicant's non-exempt assets under **735 ILCS 5/12-901** and **735 ILCS 5/12-1001** are such that the applicant is unable to pay the fees, costs, or charges

      **OR**

   c. ☐ Payments of fees, costs, and charges would result in substantial hardship to the applicant or his or her family.

2. ☐ The applicant **qualifies** for a **partial** *(75%, 50%, or 25%)* waiver of all fees, costs, and charges because the applicant's household income is:

   ☐ more than **125%** but not greater than **150%** *(75% waived)*;
   ☐ more than **150%** but not greater than **175%** *(50% waived)*;
   ☐ more than **175%** but not greater than **200%** *(25% waived)*

   of the current poverty level as established by the US Dept. of Health & Human Services and the Applicant's non-exempt assets under **735 ILCS 5/12-901** and **735 ILCS 5/12-1001** are such that the applicant is unable to pay the fees, costs, or charges.

3. ☐ There is a factual issue about the applicant's entitlement to a fee waiver. The nature of the factual issue is: _____

FILED
MAY 25 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

WA-O 604.5 _____ Page 1 of 2 _____ (07/21)

Enter the Case Number given by the Circuit Clerk: _____

4. ☐ The applicant **does not qualify** for a fee waiver because *(must state specific reason)*:

_____

_____

_____

**IT IS HEREBY ORDERED:**

A ☐ *Application for Waiver of Court Fees* is **GRANTED**, effective on the filing date of the *Application for Waiver of Court Fees*.

    i. ☐ The applicant qualifies for a **full waiver**, and may participate in the case without payment of fees, costs, or charges.

    ii. ☐ The applicant qualifies for a **partial fee waiver** as follows:

        ☐ **75% of all fees, costs, and charges are waived** *(and the applicant must pay 25% of all fees, costs, and charges)*.

        ☐ **50% of all fees, costs, and charges are waived** *(and the applicant must pay 50% of all fees, costs, and charges)*.

        ☐ **25% of all fees, costs, and charges are waived** *(and the applicant must pay 75% of all fees, costs, and charges)*.

    ☐ The applicant must pay fees, costs, and charges currently due by: _____
                                                      *Date*

    ☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:

_____

_____

**This order expires one year from the date of this order.** The applicant may reapply before or after the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, and any other fee listed in 735 ILCS 5/5-105(a)(1)(1).

B. ☐ *Application for Waiver of Court Fees* is **SET FOR HEARING** on _____ at _____

      *Date*                        *Time*

    ☐ in person at _____

                      *Courthouse address*              *Courtroom*

    ☐ remotely by telephone at _____

                      *Call-in number for telephone remote appearance*

    ☐ remotely by video conference at _____

                      *Video conference website*

    *Video conference log-in information (meeting ID, password, etc)*

    The applicant must bring the following **documents** to the hearing:

_____

_____

C. ☐ *Application for Waiver of Court Fees* is **DENIED**. The applicant must pay all fees, costs, and charges currently due by: _____
                                                              *Date*

| DO NOT complete this section. The judge will sign and date here. | **ENTERED:** |
|---|---|

_____            _____

Judge                                          Date

Civil Action Cover Sheet - Case Initiation    (12/01/20) CCL 0520

*Biology Department, Allison McKinney, DOJ, Nance Ilos,*

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION** *Danita Brown Young,*

*Rose Meacham*

*VS. State of Illinois, 8v of Cheng, Champaign BC*

*Attorney State Generals, Champaign/Urbana, McKinley Health Center, HR*

*University of Illinois, CARLE Hospitals,*

*OSCR, Justin Brown, Debra Imel, Deans Offices, Stephen Bryan, Alexis Thomp*

*UI Police, BTT, the IX UI, Neuroscience, Daniel the Morison, Board of Education, DER, Ilbanks, Engineering Department, HR*

No. *Engineering Department*

*Inspector General, District Attorneys, Jim Foxx, Kevin, Attorney Generals Department of Justice, Ra*

**CIVIL ACTION COVER SHEET - CASE INITIATION**

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☒ Yes ☐ No

**PERSONAL INJURY/WRONGFUL DEATH**
**CASE TYPES:**
☐ 027 Motor Vehicle
☒ 040 Medical Malpractice
☐ 047 Asbestos
☐ 048 Dram Shop
☐ 049 Product Liability
☐ 051 Construction Injuries
   (including Structural Work Act, Road
   Construction Injuries Act and negligence)
☐ 052 Railroad/FELA
☐ 053 Pediatric Lead Exposure
☐ 061 Other Personal Injury/Wrongful Death
☐ 063 Intentional Tort
☐ 064 Miscellaneous Statutory Action
   (Please Specify Below**)
☐ 065 Premises Liability
☐ 078 Fen-phen/Redux Litigation
☐ 199 Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**
**CASE TYPES:**
☐ 007 Confessions of Judgment
☐ 008 Replevin
☐ 009 Tax
☐ 015 Condemnation
☐ 017 Detinue
☐ 029 Unemployment Compensation
☐ 031 Foreign Transcript
☐ 036 Administrative Review Action
☐ 085 Petition to Register Foreign Judgment
☐ 099 All Other Extraordinary Remedies

By: _____
   (Attorney)         (Pro Se)

**COMMERCIAL LITIGATION**
**CASE TYPES:**
☐ 002 Breach of Contract
☐ 070 Professional Malpractice
   (other than legal or medical)
☐ 071 Fraud (other than legal or medical)
☐ 072 Consumer Fraud
☐ 073 Breach of Warranty
☐ 074 Statutory Action
   (Please specify below.**)
☐ 075 Other Commercial Litigation
   (Please specify below.**)
☐ 076 Retaliatory Discharge

**OTHER ACTIONS**
**CASE TYPES:**
☐ 062 Property Damage
☐ 066 Legal Malpractice
☐ 077 Libel/Slander
☐ 079 Petition for Qualified Orders
☐ 084 Petition to Issue Subpoena
☐ 100 Petition for Discovery

Primary Email: *meacham.rose@gmail.com*

Secondary Email: _____

Tertiary Email: _____

FILED
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
MAY 25 2022
22 L 004671

**Pro Se Only:** ☒ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the Clerk's Office for this case at this email address: *meacham.rose@gmail.com*

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED
For Court Use Only
MAY 25 202
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

STATE OF ILLINOIS,
CIRCUIT COURT
_____________ COUNTY

# APPLICATION FOR WAIVER OF COURT FEES

**Instructions**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

Enter the name of the person being charged as Defendant/ Respondent.

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

22L004671

Rose Meacham
Plaintiff / Petitioner *(First, middle, last name)*

vs. State of Illinois, Zuofu Cheng, Champaign Police, State Attorney General, UI Police, Danielle Morrison, BIT, Title IX UI, Neuroscience Program, Engineering Department, CARLE Hospitals, McKinley Health Center, Justin Brown, Department of Justice, District Attorney, Kim Foxx, Kwame Raoul, Inspector Generals, Attorney Generals, HR, Biology Department, University of Illinois, OSCR, Debra Imlay, Freeli, Alexis Thompson, Deans Offices, Stephen Bryan, Allison McKinley, IL Association, Danita Brown Young, Chancellors, OCR, Board of Education
Defendant /Respondent *(First, middle, last name)*

Case Number

**NOTE:** If you are completing this form on behalf of a minor or an incompetent adult, provide that person's information on this form instead of your own information.

In 1a, enter your full name

In 1b, only enter the year you were born. DO NOT enter your entire date of birth

In 1c, enter your complete current address.

In 2a, enter the number of people age 18 and older living in your house who you support. Support means that the people rely on you financially.

In 2b, enter the number of people under age 18 living in your house who you support.

In 3, check "Yes" if you are currently receiving 1 or more of the benefits listed below. Be prepared to provide proof that you are currently receiving 1 of these benefits.

If you check "Yes" in 3, skip 4 and sign the form. You do not have to complete 4.

Pursuant to Illinois Supreme Court Rule 298 and 735 ILCS 5/5-105, I state:

1. **I believe I cannot afford to pay the court fees, costs and charges in this case and I am providing the following information about myself:**
   a. Name: Rose (First) ______ (Middle) Meacham (Last)
   b. Year of Birth: 1984
   c. Street Address: 625 W Madison St. Unit 906
   City, State, ZIP: Chicago, IL 60661

2. **I am providing the following information about people who live with me:**
   a. I support ________ adults *(not counting myself)* who live with me.
   b. I support ________ children under 18 who live with me.

3. **I am receiving 1 or more of the benefits listed below:**
   ☒ Yes ☐ No Not in effect yet, but approved
   - Supplemental Security Income (SSI) (Not Social Security)
   - Aid to the Aged, Blind and Disabled (AABD)
   - Temporary Assistance to Needy Families (TANF)
   - SNAP (Food Stamps)
   - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

****If you answered "Yes" in section 3, you qualify for a fee waiver under 735 ILCS 5/5-105(a)(2)(i) and (b)(1). You can skip section 4 and sign the form.****

Enter the Case Number given by the Circuit Clerk: _____

**4. I checked "No" in section 3, so I am providing the following financial information.**

a. I have a pending application for 1 or more of the benefits listed in section 3.
   ☐ Yes   ☐ No

| | |
|---|---|
| In 4a, check "Yes" if you have applied for at least 1 of the benefits listed in section 3. | |

b. I received the following money in the past month. *(check all that apply)*
   ☐ My employment: $ _____   ☐ Social Security (not SSI): $____
   ☐ Child support: $ _____   ☐ Unemployment: $____
   ☐ Pension: $ _____
   ☐ Money from other household members: 
   ☐ Other *(list type and amount):* _____   $____
   ☐ No income                                          $____
   Total of all money received in the past month: $ _____

In 4b, check the box for each type of money you have received in the past month. Also enter the gross (before taxes) amount for each type.

Under Other in 4b and 4c, include any money received from family or friends.

c. I received the following total amount of money in the past 12 months. *(check all that apply)*
   ☐ My employment: $ _____   ☐ Social Security (not SSI): $____
   ☐ Child support: $ _____   ☐ Unemployment: $____
   ☐ Pension: $ _____
   ☐ Money from other household members:                $____
   ☐ Other *(list type and amount):* _____    $____
   ☐ No income
   Total of all money received in the past 12 months: $ _____

In 4c, check the box for each type of money you have received in the past 12 months. Also enter the gross (before taxes) amount for each type.

d. My current monthly debts and expenses are listed below. *(check all that apply)*
   ☐ Rent: $ _____ per month
   ☐ Home Mortgage: $ _____ per month
   ☐ Other Mortgage: $ _____ per month
   ☐ Utilities: $ _____ per month
   ☐ Food: $ _____ per month
   ☐ Medical: $ _____ per month
   ☐ Car Loan: $ _____ per month
   ☐ Childcare: $ _____ per month
   ☐ Child Support: $ _____ per month
   ☐ Other expenses not listed above *(list type and amount):* _____
   _____                                        $____
   ☐ Other debts not listed above *(list type and amount):* _____
   _____                                        $____
   ☐ I have no expenses

   Total of all expenses: $ _____ per month

In 4d, check all of your debts and expenses for the past month and list the amount of money you pay each month for that expense.

e. I have the belongings listed below. *(check all that apply)*
   ☐ Bank accounts and cash totaling:                     $____
   ☐ Home worth:                                          $____
        The total I owe on my home mortgage is:           $____
   ☐ Other real estate, not including the house I live in, worth:  $____
        The total I owe on my other mortgage is:          $____
   ☐ 1st vehicle worth: $ _____ The 1st vehicle is paid off: ☐ Yes ☐ No
   ☐ 2nd vehicle worth: $ _____ The 2nd vehicle is paid off: ☐ Yes ☐ No
   ☐ Other *(list items and value):* _____      $____
   ☐ None of the above

In 4e, check all of the items owned by you and list the value of each item. If you own real estate, include the total you owe on any mortgage.

Be prepared to provide documents showing your income, value of belongings (including real estate) and expense information when you file your forms.

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| 5 is optional. In 5, list any reason why you or your family would face hardship if you have to pay the fees. | **5.** *(Optional)* My family or I would face substantial hardship if I have to pay the fees, costs, and charges because: I was unlawfully fired etc. Illinois ... |

Under Illinois Supreme Court Rule **137**, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay.

/s/ _____ *(signature)*
*Your Signature*

Street Address: 625 W Madison St Unit 906

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Rose Meacham
*Print Your Name*

City, State, ZIP: Chicago, IL 606..

If you are filling out this form for a minor or incompetent adult, sign and print your name and state your relationship to that person.

*Relationship to Minor or Incompetent Adult (if applicable)*

Telephone: 650.740.3984

Enter your complete address, telephone number, and email address, if you have one.

*Attorney # (if any)*

Email: meacham.rose@gmail.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.