**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## CENTRAL DISTRICT OF ILLINOIS

**Notice of Electronic Filing**

The following transaction was entered on 5/11/2021 at 10:48 AM CDT and filed on 5/11/2021

| | |
|---|---|
| **Case Name:** | Meacham v. University of Illinois Urbana Champaign et al |
| **Case Number:** | 2:20-cv-02162-CSB-EIL |
| **Filer:** | |
| **WARNING: CASE CLOSED on 05/11/2021** | |
| **Document Number:** | No document attached |

**Docket Text:**
**TEXT ORDER entered by Judge Colin Stirling Bruce on 5/11/2021. Plaintiff did not file an amended complaint within 21 days of the court's text order entered on April 13, 2021. Pursuant to that text order and the court's written Order [35] entered January 19, 2021, Counts I, II, and III are now dismissed with prejudice and the case is terminated. (BMG)**

**2:20-cv-02162-CSB-EIL Notice has been electronically mailed to:**

Mary Elizabeth Deweese     mary.deweese@huschblackwell.com, docket-CHI@huschblackwell.com, linda.bush@huschblackwell.com, maryjo.rasmussen@huschblackwell.com

Peter G Land     Peter.Land@huschblackwell.com, docket-CHI@huschblackwell.com, HBCourtFilings-CHI@huschblackwell.com, peter-land-3530@ecf.pacerpro.com

**2:20-cv-02162-CSB-EIL Notice has been delivered by other means to:**

Rose Meacham
325 Ramblewood Drive
Glen Ellyn, IL 60137