Complaint                                                           (02/14/22) CCL 0063 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### COUNTY DEPARTMENT, LAW DIVISION

_Rose Meacham_

_____
                              Plaintiff(s)

                    v.

_____
                            Defendant(s)

Case No. _22 L 00 4671_

Contract: _____

Amount Claimed: _____

Return Date: _____

## AMENDED COMPLAINT

The Plaintiff(s) claim(s) as follows (use next page if more space is required.):

_Please see next pages_

FILED-1
2022 JUN -8 AM 10: 07
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

The allegations in this complaint are true.

O Atty. No.: _____  ⊗ Pro Se 99500

Atty Name: _____

Atty. for (if applicable): _____

Address: _____

City: _____  State: _____

Zip: _____

Telephone: _____

Primary Email: _meacham.rose @ gmail.com_

Dated: _June 8, 2022_

_____
              Signature

APPEAL IL CIVIL 22L004671 2022
Personal Injury/Wrongful Death / Medical Malpractice

Dear Judge James P. Flannery,

This case #22L004671 is regarding Personal Injury/Wrongful Death, specifically
Medical Malpractice. I know that my handwriting is hard to read, and that it might
have been impossible to read some of the details of the case, or even some of the
Defendants in this case. I have taken the liberty of typing these documents for you
because I hope that this is easier to read, and it will probably be more clear to
your Honour.

According to the code that you cited 735 ILCS 5/2-615 for Civil Procedures in the
State of Illinois, as upheld by the Organization of the Illinois Compiled Statutes
(ILCS), "All objections to pleadings shall be raised by motion. The motion shall
point out specifically the defects complained of, and shall ask for appropriate
relief, such as... to strike out the pleading, because it is substantially
insufficient in law, the motion must specify wherein the pleading or division
thereof is insufficient."

My case is sufficient in law -- the medical malpractice that I am reporting in my
case has negatively impacted my life to such a degree I am struggling to meet your
turn-around time for this response to your ORDER dated May 25, 2022. I must also
mention that the harms, damages and more that the Defendants/Respondents have done
to me, which this entire case is set to resolve, are in fact making it difficult for
me to engage in the legal processes in the State of Illinois to rectify these
incidents. I am doing my best, but I am now suffering physical harms, severe
financial damages, and physical abuses that the Defendants/Respondents did to me and
it is difficult for me to complete your requests. It is for these reaons that I am
forced to request that you please grant the necessary Court Fee Waivers so I am able
to resolve these ongoing harms, damages and negative impacts to me that are ruining
my entire life.

I am hoping for a fair chance to present my cases in court. And hopefully my
responses below will be sufficient for your Honour to grant the Court Fee Waivers,
which I am now forced to request from the State of Illinois due to the acts of harms
and damages, law violations and criminal activities, waged against me by the
Defendants/Respondents.

Furthermore, this Code of Civil Procedure 5/2-615 "Motions with respect to
pleadings" states that the ORDER must specify where there is insufficient
information, but your ORDER does not do this, and I am therefore unclear on how to
respond to your liking. I have done the best I can with the information and
education that I have been given as an American Citizen in the United States.

To give a brief overview of some of the history regardint the Defendants, I have
tried to detail a few things below to help your Honour. I know that there are a lot
of listed Defendants for these cases, but I have in fact contacted almost every

single one listed and experienced harms from those interactions that have caused
these cases -- which were extremely easy to resolve when I first reported them -- to
grow in damages to me to the point I am now forced to walk on crutches and need
mobility equipment now, most likely for the rest of my life.

Defendants Overview - Brief:

ZUOFU CHENG: Zuofu Cheng is a Professor at the University of Illinois in the
Engineering Department. He also earned his undergraduate and PhD in Engineering at
the University of Illinois and made certain I knew how connected and well-liked by
all, he believes himself to be. It is evidenced in the actions towards Zuofu Cheng
at University of Illinois that he is extremely favored.

During my time at University of Illinois, I witnessed an undergraduate woman be
victimized with, what I would call rape. This occured during her attempts to find a
fraternity or school organization to join. I was also targetted by Professor Zuofu
Cheng with unwanted sexual harassment, uninvestigated stalking,


CHAMPAIGN POLICE: The Champaign Police did not investigate Professor Zuofu Cheng for
possible stalking which may have been perpetrated with a hand-made, hand-enginereed
device that he installed on my personal electronic devices and equipment. It should
be noted that Zuofu Cheng knew I was in the middle of a Federal Investigation and
such during the time his device was installed on my personal equipment and devices.

The Champaign Police also did not investigate the physical assault, rape, sexual
harassment

The Champaign Police did not investigate the abuses of power that Zuofu Cheng uses
to entrap UI Students/Employees, and others.

The Champaign Police did not investigate Zuofu Cheng's unwanted presence in my
apartment.

The Champaign Police did not investigate Zuofu Cheng's possible tampering with,
destroying, etc personal property of mine.

It is possible that the Champaign Police are not trained to handle these types of
crimes in Urbana-Champaign. However, this is extremely dangerous due to the facts
that UI is currently the fifth largest Engineering School in the country. And the
facts that Zuofu Cheng demonstrated through his acts of harms, damages, criminal
activities and law violations, etc, that he is accustomed to abusing his power at
UI, and abusing his training from UI's Engineering Department to commit these
violations and crimes in this case.

The Champaign Police do not have full jurisdiction necessary for the police force to
do their jobs as needed -- UI in fact has a privately funded Police force on-campus
and UI does not permit the local police funded by the American Government, by the
United States People, to have full jurisdiction on their campuses. The privatel

Police Force that UI pays for on their campuses overrides the authority of the local Government funded Police forces. This seems to violate the Bill of Rights and Constitutional Laws, and more.

UI POLICE:
I reported that I was raped, physically assaulted, sexually harassed by Zuofu Cheng to a co-worker, colleague at UI immediately. There is a mandatory reporting process but this apparently was not followed -- We called the Champaign Police together but then I was put through another process at UI that is a UI-funded process. I was sent to the Women's Resource Center and then we went to Title IX to go through the Title IX process at University of Illinois.

I was never instructed to go to the UI Police regarding the incidents with Zuofu Cheng. I did not even know this was an option.

DANIELLE MORISSON: Danielle Morisson is the Director of UI's Title IX Office and she is responsible for the harms and damages, law violations, and crimes outlined below. Under Danielle Morisson's direction, the Title IX Office informs rape victims, and victims of sexual harassment and physical assault, that as victims they are in violation of Federal Laws unless they fully cooperate with the demands of the Title IX Office.

TITLE IX:
I reported that I was raped, physically assaulted, sexually harassed by Zuofu Cheng to a co-worker, colleague at UI immediately. There is a mandatory reporting process but this apparently was not followed -- We called the Champaign Police together but then I was put through another process at UI that is a UI-funded process. I was sent to the Women's Resource Center and then we went to Title IX to go through the Title IX process at University of Illinois.

The Title IX Office falsely accused me of "lying" about being raped by Zuofu Cheng. This accusation came before the "investigator" even started her "investigation" into thi serious physical assault crime and related harms and damages. The Title IX Office conducted their "investigation" in 2019 -- almost 2 years after the original incidents. The timing of their "investigation" was harmful to me in every way, and it impeded my ability to perform my responsibilities by placing me in an extreme disadvantage with their demands -- I was forced to work weeks on end without proper sleep, for example, in order to meet their unreasonable, burdensome demands. Due to UI's inexcusably ridiculous timing of their "investigation" into these matters, I was not even able to respond to their demands with evidence. I informed UI Title IX of this fact multiple times, but they continued to insist that I participate in this "investigation". UI Title IX told me that I would be found guilty of "not cooperating with the Federal Government", unless I did what they said, even though it interfered with my responsibilities because "not cooperating with the federal government" seems to be a crime and I did not want to commit a crime. So I was forced to "Cooperate with the Federal Government" even though it was causing physical damages, physical harms, and more to me.

UI Title IX is a biased supporter to help UI avoid "legal liability" by supporting
Professors who rape, physically assault, sexually harass students employees and use
their offices to undermine student employee reports about predatory threats
on-campus.

The statements that were taken from me by the UI Title IX Office were extremely
heavily edited and I objected to the statements but I was forced to file them. For
example, in one Title IX Case where there were 8 different witnesses to the Medical
Malpractice / Scientific Fraud and Data Fabrication, University of Illinois Title IX
Office refused to speak with these witnesses and never even contacted them, despite
the facts that I provided the information. The Title IX Office then ruled against me
in the final decision for the Title IX Case, but no fair, unbiased, thorough,
reasonable investigation was actually done into these matters. The false, biased
ruling that UI Title IX made against me, was then used by University of Illinois
Defendants/Respondents to harm me further, by increasing their Character Defamation,
Slander, false lies about me, cover-ups of the law violations and crimes I reported.
The biased, incomplete, false Title IX ruling became yet way for the
Defendants/Respondents to harm me. I reported these incidentns of further harms,
damages, retaliation and unlawful punishment waged against me by
Defendants/Respondents for being forced to cooperate with the Title IX Office, but
the Title IX Office then refused to protect me. I request Protective Services
repeatedly on University of Illinois campuses but everyone refused to make certain I
was safe, and UI turned a blind eye to people who were harming me, damaging me and
escalating incidents to make an example of me to the other 8 witnesses, and people
who might be considering reporting the law violations, crimes, such as rape, sexual
harassment, physical assault, Medical Malpractice/Scientific Fraud, Data Fabrication
-- and Threats to Human Life.

The law states that as Doctors we must report Medical Malpractice / Scientific
Fraud, Data Fabrication, and other acts of harm in order to ensure the Safety,
Well-Being, and Health of the American People who we serve. I was bullied,
threatened, harassed and harmed horribly for caring about Human Life at University
of Illinois, which is my job and responsibility as someone earning a PhD.

University of Illinois has conflicting policies, rules, regulations that conflict
with Civil, State, Federal Laws -- inluding Laws to PROTECT AMERICAN CITIZENS from
THREATS TO HUMAN LIFE.

The Office of Student Conflict Resolution (OSCR), and Government
Defendants/Respondents in this case, are conflicting with laws such as Mandatory
Reporting Laws for Threats to Human Life. I informed the Board of Trustees/Directors
at University of Illinois of this fact, however they have not changed these
conflicting rules, regulations, policies, procedures -- they have not shut down the
OSCR or other organizations on campus that are conflicting with these laws to
silence people who are trying to report possible Threats to Human Life. Based on
University of Illinois' actions, the Actions of the other DEFENDANTS/RESPONDENTS
(the entire list), it seems obvious that these Defendants/Respondents wont change
their policies, rules, regulations, procedures and more to ensure that these vital

reporting processes are in place to ensure the safety, health, and well-being of the American People.


ALEXIS THOMPSON:
University of Illinois Dean Alexis Thompson threatened me in the middle of reporting UI Professor Zuofu Cheng for raping me, sexually harassing me, physically assaulting me and more. Alexis Thompson forced me to shut down my Women's Non-Profit Organization, which supports rape victims, victims of sexual harassment, victims of physical assault, and victims of sexism after I was harmed, suffered damages and more, by Professor Zuofu Cheng for the same matters my Women's Non-Profit helps with. Dean Alexis Thompson participated in threatening me, harming me, blocking me and damaging me while I was trying to report to the Federal Government and proper authorities.

Dean Thompson and the Director of my PhD Program threatened to terminate my position unless I shut down my Women's Non-Profit in the middle of reporting Professor Zuofu Cheng for rape, physical assault, sexual harassment, and more.

Alexis Thompson overburdened me intentionally, even as I begged her to stop doing so -- she gave me impossible deadlines and overburdensome amounts of work that placed me in a horrible position. I suffered harms and damages trying to meet her deadlines, demands, meetings, and more, while also completing the obligations and responsibilities for my UI position. I reported Dean Alexis Thompson multiple times to Dean Alexis Thompson's bosses and to the Title IX Office, and others -- however nobody intervened and UI forced me against my will to be subjected to Dean Alexis Thompson's abuses and physical harms, unreasonable demands of me, and impossible deadlines that would have given UI a false reason to terminate me from my position had I missed a single one.

Alexis Thompson made disparaging remarks to me throughout the meetings with her that I was forced to attend against my will.

I repeatedly asked that Dean Alexis Thompson be removed from working on my Official Grievance reports about incidents of harm at UI, which included the Defendants/Respondents of this case, most of whom hold positions of authority at UI. UI refused to remove Dean Alexis Thompson from working on these matters for years and I continued to beg UI to remove her -- which she was extremely angry about and she took it out on me during our forced meetings and interactions against my will.

Dean Alexis Thompson conducted biased "investigations" into the harms and damages and incidents that I reported to her -- some of which are part of this case. All of the results from Alexis Thompson's "investigations" injured me and supported the Defendants/Respondents of this case.

BEHAVIORAL INTERVENTION TEAM (BIT):
University of Illinois pays a Behavioral Intervention Team to oversee their campuses. In the middle of filing reports about a UI Professor physically assaulting me, raping me, sexually harassing me and more, UI Behavioral Intervention Team

accused me falsely of bringing a weapon to campus. I was questioned in their
interrogation of me about their suspicions that I brought or had plans to bring a
weapon to campus. I of course did not bring a weapon to campus, and I of course have
never considered bringing a weapon to campus. I do not even own a weapon. However, I
had to endure mandatory meetings with the Behavioral Intervention Team in the middle
of my Qualifying Exams and other responsibilities for my position at UI. These
mandatory meetings and obligations with the Behavioral Intervention Team made it
impossible for me to perform at my normal level, and I was severely disadvantaged,
harmed and victimized by UI -- while I was in the middle of reporting a University
of Illinois Professor for raping me, physically assaulting me, sexually harassing
me, and more.

This required, mandatory meeting with University of Illinois' Behavioral
Intervention Team came immediately after I was harassed by a Dean Alexis Thompson in
a public building where students register for classes, meet with administrators
about scholarships, speak with administrators about services such as Disability
Services and more. I was in this building to attend a meeting with Dean Alexis
Thompson and because I was required by UI to register for classes, gain information
from administrators in this public building at UI, and I was also required by UI to
register for Disability Services -- services which were necessary due to the
injuries and harms from the Defendants/Respondents of this case before you, your
Honour.

Dean Alexis Thompson harassed me in this building while I was trying to register for
classes and obtain the necessary information and resources to do my job at UI and
fulfill the obligations of my UI position. Dean Alexis Thompson refused to meet with
me because of the medical injuries I have sustained from the Defendants/Reaspondents
of this my cases. I was 7 minutes late to a meeting with Dean Alexis Thompson due to
the fact that I now have extreme mobility problems and other issues that impeded my
ability to walk the 3+ miles to her office.

Dean Alexis Thompson left her office on a top floor of this public building and came
down to the first floor where I was attempting to register for classes, meet with
administrators, and obtain other information and resources for my position at U.
Alexis Thompson approached me while I was attempting to do these things and she
demanded I leave the building. I immediately gathered my belongings and attempted to
leave. I asked her why. She did not respond but proceeded to return to harass me
further while I was trying to leave the building. I was in excrutiating pain at the
time due to the physical harms and damages from the Defendants/Respondents. I moved
as quickly as I could to exit the building, but Dean Alexis Thompson would not leave
me alone and was angry that I did not leave faster. I moved as quickly as I could
and then needed to rest once I exited the building. I rested for under one minute
and my body was extremely in pain. I needed to sit down but I was unable to do so
because Alexis Thompson had ordered me to leave.

I immediately tried to report Dean Thompson to UI for harassing me and blocking me
from performing my responsibilities at UI. I was frightened of her and afraid to
re-enter the building, although I needed to re-enter the building in order to do my
position at UI. These incidents physically harmed and were physically abusive to me.

Dean Alexis Thompson then called the police three days after I tried to report her for harassing me. Dean Alexis Thompson filed false police reports about me, lying to the Champaign Police. The Champaign Police are not allowed on UI campuses to investigate rape, sexual harassment, physical assault and other crimes. However, apparently Dean Alexis Thompson was able to override these rules.

Dean Alexis Thompson also reported me falsely to Dean Justin Brown who is the Director of the Office of Student Conflict Resolution at University of Illinois. I was punished and threatened with expulsion by Dean Justin Brown.

UI Dean Stephen Bryan also presented me with false charges against me immediately after I tried to report UI Dean Alexis Thompson and other issues, all in the middle of reporting UI Professor Zuofu Cheng for raping me, physically assaulting me, sexually harassing me and more.

The Behavioral Intervention Team told me that their Office had received reports that I requested Protective Services on-campus at UI. Instead of investigating these requests and providing me with protective services as was necessary to do my job, perform my duties and obligations at UI, the BIT accused me falsely of being a suspect. The BIT informed me that people who report being victimized with physical abuses on-campus, and who report being frightened for their physical safety on-campus, are then suspects for being violent and for bringing weapons to defend themselves against these physical harms and abuses on-campus.

Obviously this system at University of Illinois is extremely dangerous for all of us. For University of Illinois to attack, threaten, and harass victims who are in the process of reporting and trying to report actual physical assault, actual violence, actual rape, actual harms that could endanger the physical safety of others on-campuses -- WHY would University of Illinois further harm and threaten these victims who are coming forward to help protect the lives of other students and help protect their own lives by asking for UI to handle the actual threats to human life from campus.


ALLISON MCKINNLEY:
I reported Dean Alexis Thompson to her bosses, including UI Dean Allison McKinnley. She did not properly investigate the charges I filed and participated in the harms and damages against me, including intentionally overburdening me and intentionally giving impossible deadlines that conflicted with the responsibilities and obligations of my position at UI.


MCKINNLEY HEALTH CENTERS:
After I was raped I tried to seek services from University of Illinois but I was denied. Such services included the McKinnley Health Centers' Gynecologist, who refused to provide medical services to me.

CARLE HOSPITALS:
During my time at UI I was injured by Professor Zuofu Cheng who wanted to have sex with me and I refused. During this physical struggle where I was forced to push him off of me with my feet because he refused to stop and my arms weren't strong enough to push him off of me -- I incurred physical injuries. I needed medical care and treatment but I was denied by University of Illinois.

I tried to see Doctors at UI but I was informed by UI McKinnley Health Services that University of Illinois does not have enough Medical Doctors and Medical Services for the numbers of students and employees on their campuses, under their jurisdiction. University of Illinois is legally, contractually obligated to provide these Medical Services and necessary Medical Resources for people under their jurisdiction. However, in order to solve this problem of having too many students and employees working at their schools, McKinnley instructs people like me to pay out of pocket for our own medical services and medical resources at CARLE Hospitals. After being required by UI to pay more than $600 per semester for Medical Services and Medical Care -- a fee that is automatically taken from my UI paycheck -- I was then instructed by UI McKinnley Medical Centers to go to the Emergency Room at the CARLE Hospitals and there I would be able to pay out of pocket in order to receieve an ER Doctor's written note that I need to be seen first, before any of the other students/employees at UI using McKinnley Centers, CARLE Hospitals.

I was told by UI McKinnley Health Centers that the average wait time for seeing a Doctor for certain types of medical needs is more than 3 months wait list. The requirements for Students/Employees to submit Medical Documentation in order to request Accommodations/Disability Services for Medical Injuries, such as those sustained during rape, physical assault, sexual harassment and more, must be submitted immediately because processing these documents in the Accommodations/Disability Services Offices takes SUCH A LONG TIME that -- by the time McKinnley Health Centers, CARLE Hospitals, and Accommodations/Disability Services Offices process documents for medical injuries at UI, the Academic Semester, and almost the entire year could pass by. People at UI I required to have documents from Doctors reviewed before University of Illinois will allow Students/Employees like me to have permission to do necessary things like sit down on benches, lean on railings to catch our breath, go to the bathroom, walk slower than our bosses want us to walk, eat, sleep, and many other vital life necessities -- these are all not allowed and grounds for terminating UI Students/Employees. For people like me who have been physically assaulted by a UI Professor and harmed, these denials of resources and denials of services cause further, irreversible damages, physical injuries, harms, and more.

HUMAN RESOURCES, UNIVERSITY OF ILLINOIS:
Human Resources refused to follow Civil, State and Federal Laws to address issues of this case. Human Resources intentionally, knowingly broke the laws and harmed me, causing irreversible damages and more.

DEANS OFFICES / OFFICE STUDENT CONFLICT RESOLUTION (OSCR), UNIVERSITY OF ILLINOIS / DEBRRA IMEL:

When University of Illinois Dean Debra Imel falsely ruled against me in the UI Office of Student Conflict Resolution (OSCR), I was in the process of reporting Professor Zuofu Cheng after he raped me, physically assaulted me, sexually harassed me, and more. Dean Debra Imel of the OSCR did not review ANY evidence against me before making a fraudulent decision that has caused irreversible damages, harms and more to me. I submitted my evidence and multiple proofs that I was being harassed and victimized by another UI Student Employee who knew that I was in the middle of cooperating with the Federal Government and this Student Employee did not want me to cooperate with the Federal Government.

Debra Imel violated my Civil, State, and Federal Rights as an American Citizen, and she intentionally impeded a Federal Investigation into criminal activities and law violations by UI. I tried to file my case with OSCR but my case was rejected and the Student Employee who filed fraudulently against me was supported. Justin Brown took part in this as well. I informed Debra Imel of these facts, and I also informed her boss Justin Brown (Director of the OSCR) of these facts. I requested that Debra Imel and Justin Brown review the evidence I submitted, and the proofs that I was being victimized by the Student Employee who filed fraudulent charges against me in order to prevent me from cooperating with the Federal Government -- and both Debra Imel and Justin Brown refused to even consider my evidence and proofs in their decision. They both informed me that their decisions had already been made, and that I was out of line and being disoebedient by requesting a fair, unbiased review of evidence before they make their decisions. They informed me that this is not required by University of Illinois policies, rules, or proceedures because the OSCR makes ALL of its rulings based on "SUBJECTIVE" reviews.

DEANS OFFICES / OFFICE STUDENT CONFLICT RESOLUTION (OSCR), UNIVERSITY OF ILLINOIS / JUSTIN BROWN:

Justin Brown falsely accused me of lying to him about a meeting time that we had scheduled and accused me of this crime, reviewed his own evidence of his accusation against me, and then ruled against me that I was guilty, using his Authortiy as University of Illinois Dean and University of Illinois Director of the Office of Student Conflict Resolution (OSCR).

Justin Brown also participated in blocking my participation in Federal Investigations against the University of Illinois -- and he did so knowingly as I begged him not to do, giving him ALL of the information about my participation in these reporting processes. I informed Justin Brown that he was violating my Civil, State, and Federal Rights and more but he REFUSED to stop abusing his position of Authority at University of Illinois in order to intentionally stop me from finishing my reports, and intentionally stop me from participating in reporting processes about threats to human life and more.

***University of Illinois Dean Justin Brown is paid by the University of Illinois -- the American Government, the American People -- to protect the Health, Safety, and Wellness of the Student/Employee Body at University of Illinois.***

University of Illinois Dean Justin Brown intentionally prevented me from participating in Federal Reporting Processes and reports to proper authorties about Threats to Human Life. I was reporting Profesor Zuofu Cheng for raping me, sexually harassing me, physically assaulting me, and more after witnessing another girl who is no more than 18-19 years old the morning after she was raped -- these reports are not just helpful to me and my own safety. These reports are VITAL to maintaining the safety and well-being of students/employees on University of Illinois campuses and ensuring they are protected. Some of these students/employees are leaving home for the first time, or they are even unfamiliar with the State of Illinois and don't understand the culture here. These people need to be protected and its UI Dean Justin Brown's job to ensure the safety and protection of these people.

The harms and damages that I suffered because of Justin Brown are irreversible and almost indescribale -- and now the State of Illinois legal system has to pay to review my cases because Justin Brown and the most of the Defendants/Respondents in my cases intentionally refused to do their jobs and many viewed their jobs as participating in these harms and damages against me because UI ordered them to do so.


BOARD OF DIRECTORS/TRUSTEES, UNIVERSITY OF ILLINOIS:
I presented the facts about University of Illinois policies, rules, and procedures being in direct conflict with Civil, State and Federal Laws -- including the Office of Student Conflict Resolution -- I presented these facts to the Board of Directors/Trustees.

I was punished shortly after this presentation by UI.


DEANS OFFICES / STEPHEN BRYAN:
Stephen Bryan intentionally harmed me and damaged me during my attempts to report Professor Zuofu Cheng for raping me, physically assaulting me, sexually harassing me, and more. Stephen Bryan intentionally prevented me from being able to report to proper Authorities about these incidents and I was intimidated and threatened by Dean Stephen Bryan with termination if I participated in these reporting processes.

Stephen Bryan is a Dean at University of Illinois and it is his job to maintain the health, safety, and well-being of students/employees on University of Illinois campuses. He intentionally endangered my life, and the lives of other students/employees by preventing me from cooperating with the Federal Government and proper authorities to complete my reporting processes.

Dean Stephen Bryan knew that I was in the process of trying to obtain accommodations for my physical injuries from Zuofu Cheng and Defendants/Respondents. UI Dean Stephen Bryan refused to allow me to obtain accommodations and proper services at University of Illinois and during my time working there. Dean Stephen Bryan caused irreversible physical harms and damages to me, despite my repeat requests that he stop physically harming me and abusing me at University of Illinois.

DANITA BROWN YOUNG:
Danita Brown Young is Dean Stephen Bryan's boss at University of Illinois but when I
reported the crimes and law violations of Stephen Bryan to her and her offices she
also decided to harm me and damage me in irreversible ways. I requested repeatedly
that she stop, that she properly review the documents I submitted to her, including
proof that I qualify for accommodations based on UI's own Accommodations Services
Offices. However, Dean Danita Brown Young refused to abide by University of Illinois
policies, rules and proceedures in order to unlawfully harm and damage me -- these
actions prevented me from being able to finish my reporting processes with the
Federal Government and proper authorities. And I informed Danita Brown Young of
these facts but she knowingly decided to commit these law violations and crimes
against me -- the harms and damages of which are irreversible.

According to UI's own rules, policies and procedurs, UI MUST consider all possible
options before terminating a student/employee. However, Danita Brown Young refused
to provide me with accommodations and services for my injuries, harms, and damages
sustained by UI colleagues -- Danita Brown Young approved of the unlawful harms in
the documents written about me.


CHANCELLORS, UNIVERSITY OF ILLINOIS:
I requested assistance from the Chancellors at University of Illinois because it is
their jobs to rectify the matters in this case. However, the University of Illinois
Chancellors refused to do their jobs and participated in the physical abuses,
physical harms, denials of resources, intentional damages to me, and more.


NEUROSCIENCE PROGRAM (NSP):
The Neuroscience Program (NSP) at University of Illinois intentionally harmed me
physically, and damaged me intentionally. The Neuroscience Program harassed me
repeatedly and bullied me, denying me protective services on-campus that were
necessary to ensure my physical safety. They did this while also requiring me to be
in physically dangerous places on-campus as part of my position at University of
Illinois. Members of NSP threatened me BEFORE I was then physically injured,
physically harmed, and damaged. I refused to abide by their threats because I was
also threatened by University of Illinois itself, if I did not engage in the acts
that NSP instructed me not to engage in. I was then punished horribly by the
Neuroscience Program while I begged for them repeatedly to stop physically hamring
me, abusing me, intentionally overburdening me, intentionally making impossible
demands and requirememnts of me for my position with them --  forcing me to complete
an inhumane amount of work for them, under life-threatening circumstancves where I
was forced to endure physical threats, physical harms, and actual physical assault
without protective services of ANY kinds at University of Illinois.

The environment was more than toxic -- I was physically harmed and abused horribly
by NSP and they violated multiple Civil, State, and Federal Laws, while also
commiting crimes that are Threats to Human Life.

BIOLOGY DEPARTMENT:
The Biology Department is participating in Threats to Human Life and harms, damages, threatens individuals who try to report these Threats to Human Life. The Biology Department intentionally harmed me during my reports of physical abuses, physical harms, sexual harassment, and more in order to prevent me from completing these reports. In other words, through harming me, damaging me, denying services and resources to me, the Biology Department supported these physical harms, damages and abuses against me, and engaged in them as well.


ENGINEERING DEPARTMENT:
The Engineering Department is training Engineers without any Ethical or Moral training, in a manner that Threatens the Safety, Health, and Well-Being of Students/Employees at University of Illinois and elsewhere. The UI Engineering Department trained Zuofu Cheng in the skills and behaviors that he engaged in to entrap me, harm me, physically assault me, sexually harass me, rape me, and more.

The Engineering Department needs to be held responsible for creating people who are threats to other peoples' physical safety, well-being and health. The UI Engineering Department is mistraining its students/employees to harm and damage others, and the UI Engineering Department is intentionally supporting the people they've mistrained when they physically abuse, harm, damage, rape, sexually harass, and more.

Additionally, the University of Illinois Engineering Department is allowing Professors in their Department to physically abuse students/employees through intentionally sexist and biased assignments and demands of these students/employees that cause physical harms, damages and more to them. In my case, I informed the Engineering Department Directors of this fact as it was occuring to me at University of Illinois, however they supported these acts of harms and damages against me. I also informed the Engineering Department Directors of the fact that I was attempting to finish my reporting processes for these matters, including the reports about the Engineering Department Alumni and now Professor Zuofu Cheng at University of Illinois. The Engineering Department did not stop harming me or stop damaging me, even AFTER I made certain they knew about these facts because it is inconceivably bad that University of Illinois has an Engineering Department that is engaging in these unlawful acts of harm and damages and more against people like me -- who have been raped, sexually harassed, physically assaulted, and stalked by UI Engineering Professors in their Department.

I believe that University of Illinois is not going to curtail their Professors like Zuofu Cheng from physically assaulting, raping, sexually harassing students/employees at University of Illinois until the State of Illinois intervenes and makes it a requirement.

For example, the University of Illinois has a rule, policy, procedure that ANY Professor who sexually harasses and victimizes Students at University of Illinois will not be punished by UI as long as the Student Victims are not enrolled in their classes during the times of the physical abuses and harms.

UNIVERSITY OF ILLINOIS:
I am therefore, including these Defendants/Respondents because they are intentionally supporting people in their acts of physical harms, abuses, damages against victims at UI, and then supporting these criminals and law violators by further physically harming, abusing, damaging and threatening the victims. In my case, I was forced to incur personal financial costs in order to receieve medical care, services, and resources for damages done by University of Illinois Professor Zuofu Cheng and other Defendants/Respondents.

The University of Illinois, including the Engineering Department, should have provided those resources, services, medical care, and more but clearly intentionally attempted to force me off-campuses in order to be physically safe, and in order to be healthy and protect my own well-being from University of Illinois, Defendants/Respondents.

University of Illinois has an intentional system of harms, physical abuses, damages, retaliation through physical harms and damages when you report said unlawful and criminal activities -- and the Defendants/Respondents in my cases are necessary in order to prove that UI has had every single opportunity to correct these matters on their own, but they are refusing to do so unless the State of Illinois intervenes.

BOARD OF EDUCATION:
I reported these crimes and law violations -- acts of harms, damages, and more -- to the Board of Education in the State of Illinois, however they supported these Defendants/Respondents in harming me, damaging me, and more.

The Board of Education benefits from overlooking these intentionally harmful, damaging, physically abusive policies, procedures and rules at the University of Illinois, possibly other similar organizations as well.

OFFICE CONFLICT RESOLUTION (OCR):
I was instructed to report University of Illinois to the OCR in the State of Illinois. However, when I began preparing to do so the University of Illinois wrongfully harmed, damaged, threatened me and more -- Stepehen Bryan, Justin Brown, Danita Brown Young, UI Chancellors, UI HR, Dean Alexis Thompson, Allison McKinnley, Danielle Morisson, and the Defendants/Respondents in this case engaged in escalated acts of harm, damages and more against me to impede my ability to report the Defendants/Respondents.

The OCR refused to stop these acts of physical abuses, harms, damages and more to me -- the OCR knowingly supported Defendants/Respondents in physically harming, damaging, abusing, and more, me. The OCR is therefore intentionally creating a system of policies, procedures, rules, and more that intentionally harm and damage victims who report the University of Illinois, and possibly other powerful organizations in the State of Illinois.

DISTRICT ATTORNEYS / DISTRICT STATE ATTORNEYS:
I reported Professor Zuofu Cheng and relevant parties to the District Attorneys and
District State Attorneys in the State of Illinois. These individuals and their
Offices are responsible for the physical harms, damages, abuses to me and more.

It is an extremely important case because it reveals systems of physical abuses,
physical harms, damages and more that the Defendants/Respondents are responsible for
committing to me, and many other people. I was wrongfully terminated from my
positions at UI for reporting these physical harms, physical abuses, damages and
more. The number of victims that even make it as far as I did in the reporting
processes are so few, it is essential that I bring my cases before this court
because it is such an important case, and because people are still being physically
abused, physically harmed, damaged and threatened into not reporting.

ATTORNEY GENERALS / KWAME RAOL:
I tried to report these matters to the Attorney Generals in the State of Illinois
their reporting process contributes the acts of harms, abuses and damages to me, and
others in similar positions.

STATE ATTORNEY GENERALS / KIM FOXX:
I tried to report these matters to the State Attorney Generals in the State of
Illinois their reporting process contributes the acts of harms, abuses and damages
to me, and others in similar positions.

ATTORNEY STATE GENERALS:
I reported these matters to the Attorney State Generals in the State of Illinois and
the Offices contributed the harms, damages and more.

ILLINOIS BAR ASSOCIATION:
The Illinois Bar Association is supposed to be recommending attorneys, lawyers and
legal aid to people in Illinois during this Judicial process, however the Illinois
Bar Association is refusing to do so for me, and others. This intentionally targets
people like me and prevents us from reporting acts of harms, damages, physical
abuses, such as rape, physical assault, sexual harassment, and more -- it has
prevented me from having information about how to even follow your Honours' Orders
for this case. I am doing the best I can, but due to the facts that the Illinois Bar
Association harms and abuses people in my position, the physical harms, physical
abuses and damages are growing.

I was forced to pay out of pocket roughly $10,000 for legal aid obtained through the
Illinois Bar Association and elsewhere in the State of Illinois. I did not obtain
these services to sue the Defendants/Respondents for money. I was forced against my
will by the Defendants/Respondents to pay out-of-pocket for these resources,
services, information, and to pay out-of-pocket to even simply know how to respond
to Defendants/Respondents like the University of Illinois when I reported incidents
of physical harms, abuses, damages and more -- the Illinois Bar Association did not
review my reports to them about some of the financial exploitation that occurred
throughout this process.

Namely, one lawyer who I was forced to hire by the Defendants/Respondents (not to sue for money, but simply to meet their unreasonable, physically harmful and abusive demands during my reporting processes at UI) was a University of Illinois graduate and there was an inapporpriate Conflict of Interest that impacted the way he advised me, and represented me, and how he engaged with the Defendants/Respondents. Another lawyer who advised me had a track-record of working with the University of Illinois and had professional and/or personal relationships with people at UI that negatively impacted these matters. The Bar Association did not perform its duty to protect me throughout this process - their acts of negligence, harms, damages, and more to me have cost me personally a devastatingly damaging amount of money.

In fact, the Bar Association in the State of Illinois is partly responsible for my need to request financial releif during this case in your Honour's Court.

The Bar Association in the State of Illinois is turning a Blind Eye to the University of Illinois' corrupted legal practices with lawyers throughout the State of Illinois -- including but not limited to, UI Alumnis who FINANCIALLY PROFIT off of the University of Illinois' physical harms, physical damages, physical abuses to me and others, such as rape, sexual harassment, physical assault, stalking, Threats to Human Life, and more.

The Bar Association in the State of Illinois is financially profiting from Defendants/Respondents physical harms, physical damages, physical abuses to me and others, such as rape, sexual harassment, physical assault, stalking, Threats to Human Life, and more.

The Bar Association in the State of Illinois is intentionally creating a corrupted, excploitative, legal system throughout the State of Illinois with corrupted legal services that financially benefits the Bar Association in the State of Illinois. Again, I am not the only person who I know was raped by people at the University of Illinois -- I am one of MANY PEOPLE who have tried to report these incidents and their lives have been ruined.

People at the University of Illinois want to report the incidents that I am now filing cases about, because these incidents are happening to other people but we are being physically abused, physically harmed, damaged and more so that we are unable to engage in the Judicial System in the State of Illinois to resolve these types of incidents. The illinois Bar Association is responsible for putting MONEY before the LIVES of people in the State of Illinois.

The Illinois Bar Association is responsible for physically harming me, damaging me, and more and I hope that from this case the Bar Association will be motivated to correct their corrupted practices in the State of Illinois.


NATIONAL INSTITUTE OF HEALTH:
I reported UI to the National Institute of Health, however I was victimized with harms and damages while I was attempted to finish these reports -- and NIH has

refused to address the reports that include Threats to Human life.

NATIONAL SCIENCE FOUNDATION:
I reported UI to the National Science Foundation, however I was victimized with harms and damages while I was attempted to finish these reports -- and NIH has refused to address the reports that include Threats to Human life.

INSPECTOR GENERALS:
I tried to report these matters to the Inspector Generals in the State of Illinois but there is absolutely no reporting processes that serves the People in protecting their physical safety. For example, Medical Students/Employees at the University of Illinois are unable to report Threats to Human Life, including Medical Malpractice / Scientific Fraud, Data Fabrication to the Inspector Generals in the State of Illinois when they occur. Therefore the Inspector Generals are involved in physical harms and abuses, including damages, to members of the State of Illinois.

DEPARTMENT OF JUSTICE (DOJ):
I filed reports about University of Illinois, including Threats to Human Life, and this system of intentional harms, damages, physical abuses and more that are waged against UI Students/Employees, such as rape, physical assault, sexual harassment and more. But the DOJ is refusing to do anything about this intentional system of harms, damages, physical abuses, support for law violations and criminal activities.

SURGEON GENERALS:
I tried to report these matters to the Surgeon Generals in the State of Illinois but their reporting process contributes the acts of harms, abuses and damages to me, and others in similar positions.

STATE OF ILLINOIS:
The State of Illinois is responsible for physically harming me, damaging me and more. I have been denied basic Human Rights in the State of Illinois. I have been physically abused to the point that I am unable to walk normally -- I am suffering from physical damages, harms and abuses that are impeding my mobility and quality of life. Some of the damages that I have suffered in the State of Illinois are irreversible.

I have worked within the systems of the State of Illinois -- cooperating fully, even when it caused further physical damages and harms to cooperate with the Illinois State systems -- and I am including the State of Illinois as a Defendant/Respondent. The systemic harms against me are also harming other people here. I have tried reporting these matters within the laws, and I have tried to seek services and resources that I am legally entitled to be given but the State of Illinois is not holding the Defendants/Respondents responsible for their acts of harms, damages, and more against me.

Throughout this reporting process, since the very beginning in the State of Illinois, I have been harmed by the State of Illinois -- everything from unlawful corrupted Housing, to corrupted Legal Systems, to Doctors committing Medical Malpractice / Scientific Fraud and Data Fabrication, punishments by State of

Illinois Employees for reporting Threats to Human Life, intentionally overlooking abuses of power by Authorities coincidentally making millions in funding for the State of Illinois, to University of Illinois enrolling an unlawful amount of Students/Employees and not being able to meet their contractual and legal obligations to these Students/Employees, and more.

I raise these matters respectfully before the Courts in the State of Illinois because I believe these can be corrected within the United States Judicial System. I believe in the United States of America, and I believe that we can fix these problems. I am therefore trusting in the COurts in the State of Illinois and I respectfdully bring my cases before you, and hope that I will be given a fair, judicial legal process -- I unfortunately need to request a financial releif due to the harms and damages of the Defendants/Respondents.

Please note that the timing of the wrongful termination of my position at University of Illinois corresponds with my finances being completely drained to the point I am now FINANCIALLY UNABLE to pay for legal services like these cases in the State of Illinois. This whole scenario played out at the University of Illinois seems to be a repeat pattern of practice for these Defendants/Respondents that is costing the State of Illinois more than you are saving by supporting these corrupted individuals who are participating in Threats to Human Life, as evidence in their disregard for UI Students/Employees physical safety, well-being, and health. The incidents involved in my case impact me, many other people in the State of Illinois, and likely elsewhere.

I am reporting to you law violations that are causing threats to human life. And I am reporting to you law viollations that are making it impossible and/or life threatening for people to report threats to human life. It might seem like there are an unusual number of Defendants/Respondents, but each of these Defendants/Respondents has either refused to do their jobs to prevent these law violations, or they are doing their jobs and there is something wrong where their jobs are to support people who are violating these crimes and laws. I recognize that the number of Defendants/Respondents is large but these are the people who seem to be responsible from my perspective.

1 & 2. "Plaintiff's Complaint is stricken pursuant to 735 ILCS 5/2-615 for failure to state a claim for which relief may be granted... Plaintiff is given 14 days to file an Amended Complaint stating a valid cause of action, and"

As stated above, there are multiple acts of harms that constitute Medical Malpractice that have caused extreme physical damages to me. I will select a few to list here and I hope this is satisfactory to your Honour for the purposes of obtaining this Court Fee Waiver so I am able to present my evidence and a complete list of harms and acts against me during my court cases.

Defendant University of Illinois Professor Zuofu Cheng raped and physically assaulted me after I repeatedly told him I wanted him to stop sexually harassing me.

He continued to abuse his position at the University of Illinois as a Professor of Engineering, and he also abused his connections and long-term relationships with Defendants which he had formed during his Undergraduate Degree at University of Illinois, Masters Degree at UI, and PhD at University of Illinois. He abused these connections to harm me AFTER I refused to have sex with him when he raped me and physically assaulted me. His acts of harms against me caused irreversible physical harms, and his abuse of his position at the University of Illinois as a Professor and long-time Student there enabled him to block me from necessary resources I needed to obtain vital medical care, services, and accommodations. I have subsequently endured excrutiating physical pain over the last years as I try to meet the demands of the Defendants as their Student/Employee. And while I am further victimized through these denials to resources and medical care I require to live.

For example, after I was raped and physically assaulted by UI Professor Zuofu Cheng, the UI McKinnley Health Centers refused to serve me in their relevant offices such as Gynecological Services. This is unlawful. It constitutes Medical Malpractice on the part of the McKinnley Health Centers. And this endangers the lives, safety, health and well-being of ALL Students/Employees at University of Illinois. It is an extremely dangerous thing to do to rape victims and it is medically irresponsible and unconscionable. I hope that my case will be able to force University of Illinois to take Womens Issues seriously, and to provide Women at University of Illinois with the necesary Medical Care and Services for them to live.

The University of Illinois does not have ANY policies, rules, regulations, procedures, student and/or employee codes or anything that dictate Rape Victims and Physical Assault Victims are to be immediately directed to the Hospitals in the area -- for example, an Emergency Room visit is standard procedure for helping Rape Victims and Physical Assault Victims gain emergency medical care services to ensure their physical health, safety, and well-being. It is also necessary for ANY and ALL court procedings regarding rape and physical assault.

University of Illinois does not have ANYTHING in place to direct rape victims and victims of physical assault to the proper medical care services, such as the ER to obtain the necessary Rape Kits and Medical Documentation required for further legal actions against their assailants. This type of intentional dysfunction in the University of Illinois Medical Care Systems is obviously protecting UI from "legal liability" and other financial damages from incidents of rape and physical assault. I was never once told to obtain these necessary services or to obtain a rape kit, even though I informed people that I was raped and physically assaulted less than 24 hours after the incident. There was plenty of time for me to obtain these vital resources but nobody told me to do so and I did not think to do so.

Additionally, as I detailed in my reports to you for these cases, within a one-month span of time from this incident where I was raped and physically assaulted by UI Professor Zuofu Cheng, I witnessed another young Undergraduate woman at UI the morning after she was raped as she discovered what had happened to her -- it was horrible to not know what to tell her to do, where she should go, or what services are available at UI for rape victims and victims of physical assault. This is obviously an extremely common issue at University of Illinois and there is no

motivation for UI to fix this problem because they seem to be avoiding legal
liability by intentionally neglecting to create a streamlined system for women to
report rape, sexual harassment, physical harms and immediately obtain the necessary
rape kits and medical records to have their attackers removed from campus -- thus
ensureing the safety and well-being of the entire UI Community.

I have a medical injury that required a "specialized" Doctor at UI. The
Student/Employee Medical Services have a 3 month wait time for Students/Employees to
see these types of Doctors, even if they need to have regular check-ups and visits.
The Medical System at UI forces people with real medical needs to pay additional
fees that are not detailed in their insurance plans, or in their contracts, in order
to obtain basic medical care. This is Medically Irresponsible because people with
medical injuries or even Disabled People are forced into a Physically Harmful,
Physically Dangerous, potentially Life-Threatening position where the hidden medical
fees are simply outside their budget and they could be unable to recieve vital care
they need to live.

The University of Illinois enrolls more students/employees than they are physically
able to serve with the number of Doctors that they hire. In other words, UI is being
paid ample funds in Tuition and Fees from over-enrolling Students and under-hiring
Doctors and Vital Medical Services for the UI Community. This made it impossible for
me to recieve even basic medical treatment after UI Professor Zuofu Cheng raped me,
and physically assaulted me.

---
More than 8 University of Illinois Students/Employees tried to report Medical
Malpractice / Scientific Fraud and Data Fabrication at University of Illinois from a
single group of Professors. Among these incidents was a disturbing threat of
violence from a Doctor-in-Training in the Neuroscience Program at University of
Illinois where he detailed abuses of his position as a Doctor in Medical Facilities
with access to Human bodies. The Doctors-in-Training in my Doctorate program at
University of Illinois work at CARLE Hospitals and see real patients -- sometimes
Students/Employees from the University of Illinois. CARLE Hospitals work in
conjunction with McKinnley Health Centers to serve people in this area.

There were reports from more than 8 witnesses of Medical Malpractice / Scientific
Fraud and Data Fabrication among these individuals at University of Illinois,
however these witnesses were forced to remain silent by UI Employees in power. I was
instructed to report this Medical Malpractice / Scientific Fraud and Data
Fabrication because it threatens the physical safety, well-being, and health of
countless people -- not just people in the area receiving services at CARLE Hospital
etc, but people who receieve medical care, medications, and medical treatments based
on this fraudulent, fabricated work.

However, while I was reporting this Medical Malpractice / Scientific Fraud and Data
Fabrication at the University of Illinois, I was ordered under duress to receive
medical treatments from University of Illinois Doctors that are Medically Unsound,
Medically Irresponsible, placed my life in physical danger, and caused harms. I have
ample evidence to prove this occured, including Doctors outside the State of

Illinois who advised University of Illinois McKinnley Health Centers and UI Doctors NOT to force me to undergo these physically harmful and dangerous treatments. My evidence shows that Doctors outside the State of Illinois were holding special conferences with McKinnley Health Centers, UI Doctors, in order to beg them for my physical safety and well-being not to force me to undergo these Medically Irresponsible treatments.

It is unbelievable that I was forced to endure Medically Irresponsible treatments from University of Illinois Doctors, while also reporting University of Illinois Doctors for Medical Malpractice / Scientific Fraud, and Data Fabrication -- incidents with more than 8 witnesses. I have documentation and evidence for all of this. And it truly is unbelievable that this happened and that this is still going on at University of Illinois.

There is another incident of Medical Malpractice, Medical Harms, against me from University of Illinois Doctors during my reports of University of Illinois. This series of incidents occured when a UI Doctor misdiagnosed me, despite my repeat statements to this Doctor that she was misdiagnosing me. The medication she prescribed was completely unnecessary and caused horrible physical harms to me that even temporarily impacted my ability to function. I had reported to her abdominal pains and the treatments she forced me to take were so extreme that this Doctor's decision is questionabnle, and this Doctor prescibed this medication after just a single visit (which is medically irresponsible). No tests were performed before prescribing this medication for my abdominal pains. And for the record, the number and frequency of the prescribed medication makes this type of misdiagnosis and trigger-happy prescribing very financially lucrative for the Medical Community.

I also personally observed another colleague being misprescribed medication for her job at University of Illinois by these same UI Doctors. This UI Student/Employee was unable to perform the responsibiltiies of her work at UI due to this misprescribed medication -- it was obvious that her dosages were not the right amount and she actually caused property damages to an extremely expensive piece of technical equipment we were using to do our work at UI. After she caused these damages due to her medication dosages being misprescribed, she began suffering extreme panic and emotional outbursts due to the medication that was misprescribed and it was difficult to watch. This Colleague was unaware that she was being misprescribed her medication and simply followed what her Doctor was telling her to do. My heart goes out to this person because it is very serious to suffer the harms of Medical Malpractice / Scientific Fraud and Data Fabrication. It can ruin people's lives.

University of Illinois denied me medical care, access to medical care and medical resources to the extent that I have suffered irreversible physical harms and damages. I am now walking with crutches and I have braces to try to help relieve the pains from these acts of harms against me. During this last Academic Year at UI when I started my contract with them, I requested necessary Medical Services, Medical Resources and acommodations but UI denied me my Rights to these Services and Resources. This is a repeat pattern for UI -- Defendants have forced me against my will to pay out of pocket in order to receive necessary Medical Resources and I was even forced to work remotely at Stanford University and in California in order to

obtain vital resources for me to live and do my work for UI. Without access to these
Medical Resources in California I would have suffered even worse damages and harms.
If Stanford and the State of California can provide proper Medical Resources to
their Students/Employees then University of Illinois and the State of Illinois
should be able to coordinate their efforts to make this happen for the Citizens as
well.

University of Illinois also forced me and has outstanding demands of me which need
to still be resolved, whereby UI Defendants demanded that I obtain expensive Medical
Assessments in order to remain in my position at UI. I spent this money
out-of-pocket to obtain these demanded Medical Assessments, however UI Defendants
are still refusing to accept these as valid Medical Documents. This is unlawful bias
against Medical Doctors outside the State of Illinois who use different treatment
plans and can, at times, diagnose patients using different techniques. The
Defendants have repeatedly caused irreversible physical harms and damages to me by
refusing to provide me, and other Students/Employees proper medical resources, and
then refusing to accept the Medical Orders and Medical Assessments from my Doctors
outside the State of Illinois. There is no reason for Defendants Stephen Bryan and
others to refuse my Doctors Medical Assessments, except an abuse of power to
unlawfully obtain Medical Documents for their own legal defenses against my reports
regarding Rape, Physical Assault and other harms. Defendants Stephen Bryan, Danita
Brown Young, Chancellors, Danielle Morisson, Title IX, University of Illinois and
others unlawfully abused their positions of power to try to force me to undergo
Medical Assessments my Doctors already did for them -- but repeat these Medical
Assessments with University of Illinois Doctors of their choosing. Again, this
occured in the middle of my reports about harms such as Rape, Physical Assault, and
more. This type of unlawful, immoral, unethical, abuse of the UI Medical System is
so agregious I believe the individuals involved in these acts of harm against me --
which placed my life in physical danger, tampered with my medical treatments after I
was raped, and caused irreversible physical harms and damages -- these responsible
parties need to be removed from the University of Illinois so that they no longer
harm others. And the Defendents, including the Inspector Generals, Attorney State
Generals, State Attorney Generals, District Attorneys, Champaign Police, and more
need to be given better methods for overseeing University of Illinois to ensure that
Students/Employees are safe, and to ensure that UI Defendants are not abusing their
positions of power to tamper with, impede, punish or abuse Students/Employees who
are reporting UI for crimes and harms to proper Authorities.

By contradicting Doctors who are in the middle of treating patients, the University
of Illinois has physically harmed me and is upholding Medically Irresponsible
policies and procedures that are endagering the lives of their Students/Employees.

The Medical Malpractice that I have outlined includes misdiagnosis, refusals to
follow Doctors orders who practice outside the UI Medical System, overprescription
of medications, Scientific Medical Malpractice and Data Fabrication, supression of
reports of these types of Malpractice and Harms. There is also intentional blocks to
services, under-staffed Medical Services, lack of Medical Resources, and UI's
intentional refusal to pay for proper Medical Services and Medical Resources for
Student/Employees -- even victims of Rape and Physical Assault perpetrated by UI

Professors.


3. "This matter is set for an in-person hearing on Wednesday June 8, 2022 at 50 W Washington St, Chicago, IL 60602 in Courtroom 2005 at 10 30am"

I look forward to further explaining these incidents and answering any further questions you might have in order to proceed with these court cases. I would like to be able to resume a normal standard of living, and resolve these incidents so that I am able to obtain employment normally and move on in my life successfully. I hope that your Honour is able to help me achieve these modest goals.