This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| **Cook** COUNTY | | |

**Instructions ▼**

| Enter above the county name where the case was filed. | Plaintiff / Petitioner (First, middle, last name) **Rose Meacham** |
|---|---|
| Enter your name as Plaintiff/Petitioner. | v. **Offices of the Chancellors** |
| Enter the names of all people you are suing as Defendants/Respondents. | **etc.** |
| | Defendant / Respondent (First, middle, last name) |
| Enter the Case Number given by the Circuit Clerk. | **Case Number** **2022-L-004671** |
| | ☑ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | 1. | **Defendant/Respondent's address and service information:** |
|---|---|---|
| In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | a. | Defendant/Respondent's primary address/information for service: Name (First, Middle, Last): **Offices of the Chancellors etc.** Registered Agent's name, if any: **601 S. Morgan St.** Street Address, Unit #: **Suite 2833 MC 102** City, State, ZIP: **Chicago, IL 60607** Telephone: **312.413.3031** Email: **chancellor@uic.edu** |
| In 1b, enter a second address for Defendant/Respondent, if you have one. | b. | If you have more than one address where Defendant/Respondent might be found, list that here: Name (First, Middle, Last): _____ Street Address, Unit #: _____ City, State, ZIP: _____ Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/Respondent. | c. | Method of service on Defendant/Respondent: ☑ Sheriff ☐ Sheriff outside Illinois: _____ County & State ☐ Special process server ☐ Licensed private detective |

*Please confirm receipt of this summons and email meacham.rose@gmail.com. Please send me the preferred email and fax to recieve all court documents so the sheriff does not have to deliver the documents every time.*

SU-S 1503.2      Page 1 of 4      (06/21)

*Please print all the case documents because I don't have enough money to print all the documents. Please check the courthouse for all case documents because I don't*

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2.** **Information about the lawsuit:** |
| | Amount claimed: $ _O_ |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** **Contact information for the Plaintiff/Petitioner:** |
| | Name *(First, Middle, Last):* _Rose Meacham_ |
| | Street Address, Unit #: _50 W Washington St._ |
| | City, State, ZIP: _Chicago, IL 60602_ |
| | Telephone: _650.740.3984_ Email: _meacham.rose@gmail.com_ |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons.* To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4.** **Instructions for person receiving this *Summons* (*Defendant*):** |
| | ☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at: _Meacham.rose@gmail.com_ |
| | Address: _50 W Washington St._ |
| | City, State, ZIP: _Chicago IL 60602_ |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response.* | ☑ b. Attend court: |
| | On: _11-17-23_ at _12 pm_ ☐ a.m. ☑ p.m. in _2609_ |
| |     *Date*         *Time*              *Courtroom* |
| | In-person at: _Daley Center_ |
| | _50 W Washington St. Chicago, IL 60602_ |
| In 4b, fill out: | *Courthouse Address*      *City*         *State*    *ZIP* |
| • The court date and time the clerk gave you. | OR |
| • The courtroom and address of the court building. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): |
| • The call-in or video information for remote appearances (if applicable). | By telephone: _____ |
| | *Call-in number for telephone remote appearance* |
| • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | By video conference: _____ |
| | *Video conference website* |
| | _____ |
| | *Video conference log-in information (meeting ID, password, etc.).* |
| | Call the Circuit Clerk at: _____ or visit their website |
| | *Circuit Clerk's phone number* |
| | at: _____ to find out more about how to do this. |
| | *Website* |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | Witness this Date: IRIS Y. MARTINEZ OCT 1 8 2023 |
| | Clerk of the Court: _____ |
| **STOP!** The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date. |
| | Date of Service: _____ |
| | *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| | | For Court Use Only |
|---|---|---|
| **STATE OF ILLINOIS,**<br>**CIRCUIT COURT**<br>_Cook_ **COUNTY** | **PROOF OF SERVICE OF**<br>**SUMMONS AND**<br>**COMPLAINT/PETITION** | |

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | _Rose Meacham_<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/Respondents. | **v.** _Office of the Chancellors etc._<br>**Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

**Case Number:** _2022-L-004671_

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
  *First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ **Personally on the Defendant/Respondent:**
  Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____

☐ **On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:**
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____
  And left it with: _____
  *First, Middle, Last*
  Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
  and by sending a copy to this defendant in a postage-paid, sealed envelope to the
  above address on _____ , 20 _____ .

☐ **On the Corporation's agent,** _____
  *First, Middle, Last*
  Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: _____

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:** _____

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

*Signature by:*
☐ Sheriff
☐ Sheriff outside Illinois:

_____
*County and State*
☐ Special process server
☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

(06/21)

# LETTER TO THE SHERIFF
## (SERVING A SUMMONS AND FORMS)

**Instructions to User**

1. Complete this letter. If there is more than one defendant/respondent and they do not all live in the same county, you will need to complete this letter for each sheriff that you will be asking to serve a *Summons*.

2. With this letter, include the *Summons* and a copy of your forms for each of the other parties in your case that live in that county, payment or *Order for Waiver of Court Fees*, and a self-addressed and stamped envelope for the sheriff to mail the Affidavit of Service to you.

3. Send your letter and the documents listed above to the sheriff's office in the county and state where the other party lives.

Date: 10 — 12 — 2023

Sheriff of Cook County State of IL

Address of Sheriff 50 W Washington St,
Chicago, IL 60602

Dear Sheriff:

Re: Rose Meacham Office of the Chancellors etc.
Plaintiff/Petitioner v. Defendant/Respondent
Case Number: 2022 — L — 004671

I am enclosing the *Summons*:

to be served on: Office of the Chancellors etc.
Name of Other Party

601 S. Morgan St. Suite 2833 MC102
Street, Apt #    City    State    Zip
Chicago, IL 60607    chancellor@uic.edu

to be served on: 312.413.3350
Name of Other Party
(fill in only if there is more than 1 other party)

Street, Apt #    City    State    Zip

to be served on:
Name of Other Party
(fill in only if there are more than 2 other parties)

Street, Apt #    City    State    Zip

Chancellors — Please send serving documents
to Defendants in service Lists etc.
Defendants are evading service documents
and they fall under your offices. etc.

SU-LS 1505.1    Page 1 of 2    (02/16)

*Check the box that applies:*

☒ I have enclosed an *Order for Waiver of Court Fees* entered by the Court in ___Cook___ County, Illinois, which waives the cost of service; **OR**

☐ I have enclosed the cost of service $ _____.

Once you have served the enclosed documents, please complete the Affidavit of Service and return it to me in the enclosed self-addressed stamped envelope.

Thank you for your attention to this matter.

Sincerely,

_____
Signature

730 W Lake St.
Street Address, Apt #

650 740 3984
Phone

Rose Meacham
Printed Name

Chicago    IL   60661
City        State    Zip

Thank You!

SU-LS 1505.1                    Page 2 of 2                    (02/16)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, | | For Court Use Only |
|---|---|---|
| **CIRCUIT COURT** | **SUMMONS** | |
| Cook **COUNTY** | | |

| | | |
|---|---|---|
| **Instructions ▾** | Rose Meacham | |
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** (First, middle, last name) | |
| Enter your name as Plaintiff/Petitioner. | v. Offices of the Chancellors 2022-L- | |
| Enter the names of all people you are suing as Defendants/Respondents. | etz. | DO4671 |
| | **Defendant / Respondent** (First, middle, last name) | **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☒ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|
| | E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org. |
| | Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons*, or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help. |
| | If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | 1. | **Defendant/Respondent's address and service information:** |
|---|---|---|
| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | a. | Defendant/Respondent's primary address/information for service: <br> Name (First, Middle, Last): Offices of the Chancellors etz. <br> Registered Agent's name, if any: 601 S. Morgan St. <br> Street Address, Unit #: Suite 2833 MC102 <br> City, State, ZIP: Chicago, IL 60607 <br> Telephone: 312.413.3350 Email: chancellor@uic.edu |
| In **1b**, enter a second address for Defendant/Respondent, if you have one. | b. | If you have more than one address where Defendant/Respondent might be found, list that here: <br> Name (First, Middle, Last): _____ <br> Street Address, Unit #: _____ <br> City, State, ZIP: _____ <br> Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/Respondent. | c. | Method of service on Defendant/Respondent: <br> ☒ Sheriff ☐ Sheriff outside Illinois: _____ <br> County & State <br> ☐ Special process server ☐ Licensed private detective |

Please confirm receipt of this summons and email meacham.rose@gmail.com. Please send me the documents so the sheriff does not have to deliver the

*(handwritten margin notes, right side, vertical):* money to print all the case documents for all. Courthouse I don't have enough. Please check the documents because I have all court documents every time

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2.** **Information about the lawsuit:**<br>Amount claimed: $ 0 |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** **Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last):* Rose Meacham<br>Street Address, Unit #: 50 W Washington St.<br>City, State, ZIP: Chicago, IL 60602<br>Telephone: 650.740.3984  Email: meacham.rose @gmail.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons.*<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

**4.** **Instructions for person receiving this *Summons* (Defendant):**

| | |
|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | ☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at: Meacham.rose @gmail.com<br>Address: 50 W Washington St.<br>City, State, ZIP: Chicago IL 60602 |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* | ☑ b. Attend court:<br>On: 11-17-23 at 12 pm ☐ a.m. ☑ p.m. in 2609<br>   Date        Time             Courtroom<br>In-person at: Daley Center<br>50 W Washington St. Chicago, IL 60602<br>  Courthouse Address     City        State    ZIP<br>OR |
| In 4b, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: _____<br>          *Call-in number for telephone remote appearance*<br>By video conference: _____<br>            *Video conference website*<br>_____<br>*Video conference log-in information (meeting ID, password, etc.)*<br><br>Call the Circuit Clerk at: _____ or visit their website<br>          *Circuit Clerk's phone number*<br>at: _____ to find out more about how to do this.<br>  *Website* |

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | Witness this Date: IRIS Y. MARTINEZ OCT 1 8 2023<br><br>Clerk of the Court: _____ |
| **STOP!**<br>The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.**<br><br>Date of Service: _____<br>        *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

SU-S 1503.2                     Page 2 of 4                     (06/21)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| _Cook_ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | **Rose Meacham** | |
| | Plaintiff / Petitioner (First, middle, last name) | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. **Office of the Chancellors etc.** | **2022-L-004671** |
| | Defendant / Respondent (First, middle, last name) | |
| Enter the Case Number given by the Circuit Clerk. | ☒ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | Case Number |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
   *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
   Male ☐  Female ☐  Non-Binary ☐   Approx. Age: _____  Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____
   And left it with: _____
                    *First, Middle, Last*
   Male ☐  Female ☐  Non-Binary ☐   Approx. Age: _____  Race: _____
   and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
                              *First, Middle, Last*
   Male ☐  Female ☐  Non-Binary ☐   Approx. Age: _____  Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

SU-S 1503.2                         Page 3 of 4                         (06/21)

Enter the Case Number given by the Circuit Clerk: _____

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective,** your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |
|---|---|

**By:** _____

| **Under the Code of Civil Procedure, 735 ILCS 5/1-109,** making a statement on this form that you know to be false is perjury, a Class 3 Felony. | *Signature by:* ☐ Sheriff  ☐ Sheriff outside Illinois: |
|---|---|

*County and State*
☐ Special process server
☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

## LETTER TO THE SHERIFF
### (SERVING A SUMMONS AND FORMS)

**Instructions to User**

1. Complete this letter. If there is more than one defendant/respondent and they do not all live in the same county, you will need to complete this letter for each sheriff that you will be asking to serve a *Summons*.

2. With this letter, include the *Summons* and a copy of your forms for each of the other parties in your case that live in that county, payment or *Order for Waiver of Court Fees*, and a self-addressed and stamped envelope for the sheriff to mail the *Affidavit of Service* to you.

3. Send your letter and the documents listed above to the sheriff's office in the county and state where the other party lives.

Date: 10 - 12 - 2023

Sheriff of Cook County State of IL

Address of Sheriff 50 W Washington St, Chicago, IL 60602

Dear Sheriff:

Re: Rose Meacham v. Office of the Chancellors etc. Case Number: 2022-L-004671

*Plaintiff/Petitioner*    *Defendant/Respondent*

I am enclosing the *Summons*:

to be served on: Office of the Chancellors etc.

*Name of Other Party*

601 S. Morgan St. Suite 2833 MC102

*Street, Apt #*   *City*   *State*   *Zip*

Chicago, IL 60607   chancellor@uic.edu

to be served on: 312.413.3350

*Name of Other Party*     (fill in only if there is more than 1 other party)

*Street, Apt #*   *City*   *State*   *Zip*

to be served on: _____

*Name of Other Party*     (fill in only if there are more than 2 other parties)

*Street, Apt #*   *City*   *State*   *Zip*

Chancellors — Please send serving documents to Defendants in service lists etc. Defendants are evading service documents and they fall under your offices. etc.

SU-LS 1505.1     Page 1 of 2     (02/16)

Check the box that applies:

☐ I have enclosed an *Order for Waiver of Court Fees* entered by the Court in _____Cook_____ County, Illinois, which waives the cost of service; **OR**

☐ I have enclosed the cost of service $ _____

Once you have served the enclosed documents, please complete the Affidavit of Service and return it to me in the enclosed self-addressed stamped envelope.

Thank you for your attention to this matter.

Sincerely,

_____
**Signature**

730 W Lake St.
**Street Address, Apt #**

650 740 3984
**Phone**

Rose Meacham
**Printed Name**

Chicago IL 60661
**City          State          Zip**

# Service List

## SUMMONS MASTER - FINAL

Chicago: SHERIFF

Urbana-Champaign: SHERIFF

Springfield: SHERIFF

Washington DC: SHERIFF

Virginia: SHERIFF

Maryland: SHERIFF

--------------------
**DEFENDANT**
--------------------
**Urbana-Champaign: SHERIFF**

Champaign Police

US Attorneys // District Attorney (State's Attorney)

District State Attorney

*
University of Illinois

Zuofu Cheng

Brad Sutton

Alexander Cerjanic

Neal J Cohen

Aron Keith Barbey

Mickeal Key

Samuel Beshers

Please send Defendants on the Service Lists copies of the Complaints, Summons, Court Documents, etc.

- I have not been given the Defendants Lists and vital evidence for the Case etc.

- Defendants have made it impossible to serve Defendants with illegal acts, and harms of me

- I do not have money

Stephanie Pregent

Martha U. Gillette

Sepideh Sadaghiani Friberg

Rhanor Gillette

Justin S. Rhodes

Gene Robinson

Office of Student Conflict Resolution (OSCR)

Danielle Morrisson

Margaret A. Lawler

Alexis Thompson

The Graduate College

Allison McKinney

Justin Brown

Debra Ann Imel

Katherine C. Snyder

Stephen Bryan

Danita Brown Young

Deans Offices

Behavioral Intervention Team (BIT)

University of Illinois Police Department (UIPD)

Human Resources

Office of Access and Equity (OAE)

Institutional Review Boards (IRB)
Offices for the Protection of Research Subjects (OPRS)

Office of the Provost

Surangi W. Punyasena

Stephen Downie

McKinley Health Centers

Carle Hospitals

Janise Marie Phillips, RHIA, MLS

Regina Harrington

Student Assistance Center Deans

Neuroscience Program (NSP)

Biology Department

Engineering Department

Board of Trustees

Board of Directors

University of Illinois Chancellors

*

Linda Deanna

Stephen Linn

Ajla Smajlovic

Maryam Zaroudi

Sophia Irini Hamilton

Caryn A. Bills-Windt

Keith Ellis

Jacquelyn DeLaurentis

Peter G. Okkema

Eric V. Stabb

Donald Kamm

Keana Marie Galloway

--------------------
**DEFENDANT**
--------------------
**Chicago: SHERIFF**

State of Illinois

Husch Blackwell LLP

United State Attorney Generals

Kwame Raol

Kim Foxx

Surgeon Generals (IDPH)

Illinois State Bar Association

Office for Civil Rights (OCR)

Board of Education (ISBE)

Higher Learning Commission (HLC)

US Attorneys // District Attorney (State's Attorney)

--------------------
**DEFENDANT**
--------------------
**Washington DC: SHERIFF**

Inspector Generals (OEIG)

Department of Education

U.S. Attorneys // District Attorney (State's Attorney)

United State Attorney Generals

U.S. Department of Health and Human Services (HHS)

Surgeon Generals (IDPH)

Department of Justice (DOJ)


-------------------
**DEFENDANT**
-------------------
**Virginia: SHERIFF**

National Science Foundation

Robert Crosgrove, NSF

William Scott Carr, GWCPM / GWCCM, NSF

Zita R. Barnett, NSF

Rhonda J. Davis, NSF


-------------------
**DEFENDANT**
-------------------
**Maryland: SHERIFF**

National Institute of Health

FILED

OCT 13 2023

PRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY

①

Dear Defendants –

I am unsure how to file this
Lawsuit and I am Pro Se.
Defendants are refusing service, and
I am hoping you can help
me Serve the Defendants.

Defendants are refusing
to accept the Serving Papers
when the Police give the
Defendants the papers in-
person. And the Defendants
are refusing Service Papers
by mail — So I am
requesting that you please
help serve the Defendants.

I am also not certain
of who the Defendants
should be listed as, becau

(2)

I am being illegally
blocked

The IL Courts, and
Defendants are refusing
to release vital evidence,
even via FOIA, so I
can list the Defendants
accurately. For example,
the Deans offices and
OSCR are illegally keeping
evidence under lock and
key and violated their
own school policies, and
my constitutional, Civil, State
Rights etc. by not allowing
me to even see illegal.

③

fraudulent Character
Defamation put on permanent
hidden record at UI, etc.

The names of the people
filing false accusations is
not being released, the
evidence submitted
against me is not being
released, the accusations
themselves are not being
released. I've tried
Supbeoning but I am not
a lawyer and therefore
I am not allowed to
supbeon a this vital
evidence listing the Defendants

④

I am doing the best
I can without even
knowing the Defendants
Lists — An illegal ~~lists~~
UnConstitutional violation,
of Human Rights occured
at VI where mock trials
with Juries were held
against me and I was
not allowed to see the
accusations, evidence, accusers,
etc. but I was required
to defend myself. The
onsite work injries such
as rape from VI Professor
Zvoi Cheng were never
given legally required services
etc. on-campus and I was

not even able to attend the Mock Trial — I ⑤ was not able to even defend myself in the trial — I have no idea what happened at the trial — UI refused to wait for me to have these trials and meetings, which is illegal and I was illegally fired/expelled for reporting Medical Malpractice, Scientific Fraud, Data Fabrication Rape, Labor Law Violations, and contacting the NIH NSF as legally required, and more. All of this is illegal

and I am hoping to ⑥
rectify this situation in
Court — I am not
asking for money and
I am including the
reports to the best of
my abilities so people can
be safe.

As medical, scientific
Doctors it is our duty to
report these serious
risks to peoples lives
but people say I am
"harassing" them with
the legally mandated
reporting processes to

⑦

make certain American
Citizens are safe.
For example, the OSCR
took a fraudulent report
that my cooperating with
the Title IX office is
"harassment" and by
definition making this claim
is illegal. If we cannot
report Medical Malpractice,
Scientific Fraud, Data
Fabrication, Rape (from
Professors teaching 18 year old
girls) then the proper
authorities cannot do their
jobs. I hope my lawsuit is
allowed and I am not

⑧

pressing charges and I am <u>not</u> asking for money.

I just want this reporting system to be fixed so mandatory reporting laws can be followed to ensure people's safety.

All the best,
Rose

Please serve the Defendants in your school, government, etc. as you see fit, I don't want to harass people with summons and do not know the Defendants'

I cannot afford to photocopy the entire Revised complaint. So please check the Courthouse for the documents, Revised Complaint, etc. and serve to the Service Defendants Lists as you see fit. The Damages from the Defendants have harmed me so much I cannot afford to make so many photocopies, prints of these Court documents, mailings, etc. Thank You!

FILED
OCT 13 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Also my computer is broken and in the repair shop, because faulty technology products and other products in the country are designed intentionally to break, or need costly upgrades so we are all forced against our wills to continue purchasing new computers, printers, ink, technology, and other products etz. because companies intentionally build products to break so companies make more money when people have to constantly buy, purchase replacement products and upgrades, and we aren't allowed to build our own versions of these products due to copyright, patents, illegal blocks to small

making their own products, etc.

investors

independent

# FILED

MAY 25 2022

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## 22L004671

Complaint                                    (02/14/22) CCL 0063 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Attorneys, Kim Fo
Inspector Generals, Kwame Ra
IL Bar Association's,
Attorney Generals, Department of Justice,

Rose Meacham

Plaintiff(s)

Vs. State of Illinois,
Prof. Cheng, Champaign Police, Attorney State
CARLE Hospitals, McKinley Health Center,
Danielle Morrison, University of Illinois,
OSCR, Justin Brown, Debra Imel, **COMPLAINT**

Case No. Danita Brown Young,
Contact: Allison McKinley, Chancellors,
General Champaign / Urbana,
Amount Claimed: Board of Education, HR,
Return Date: Biology Department,
Neuroscience Program, Engineering,
Deans offices, Alexis Thompson,
Stephen Ryan, OCR

The Plaintiff(s) claim(s) as follows (use next page if more space is required): Imlay

University of Illinois and Defendants are
guilty of Scientific Fraud, Medical Malpractice etc.
Threats to individuals who report them and bodily harms
There are corrupt Channels between UI Deans,
Administrators and local Police. Many other reports
have been silenced by Corruption of Power in this
Fiefdome.

The allegations in this complaint are true.

○ Atty. No.: _____        ✗ Pro Se 99500

Atty Name: _____        Dated: _____

Atty. for (if applicable): _____

Address: 625 W Madison St. Unit 906

City: Chicago        State: IL

Zip: 60661        Signature

Telephone: 650, 740, 3984

Primary Email: meacham.rose@gmail.com

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 2

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| | | For Court Use Only |
|---|---|---|
| **STATE OF ILLINOIS,** **CIRCUIT COURT** _____ **COUNTY** | **ORDER FOR** **WAIVER OF COURT FEES** | Department of Justice, District Attorney, Kim Foxx, Inspector General, Kwame Rao. IL Bar Association, Attorney General Board of Education, HR, Biology Department, OCR |

**Instructions ▾**

**Directly above, enter the name of the county where the case was filed.**

## 22L004671

Rose Meacham   Danita Brown Young,

**Plaintiff / Petitioner** *(First, middle, last name)*

**Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.**

VS. State of Illinois, Evon Cheng, Champaign Police,

**Enter the name of the person being sued as Defendant/Respondent**

Neuroscience Program, UI Police, BIT, Title IX, UI, HR Danielle Morrison, Attorney State General, Chancellors, Health Center, University of Illinois, CARLE Hospitals, Engineering Department, OSCR, Justin Brown, Debra Imel, Dean of Students, Friday Attorney,

**Defendant / Respondent** *(First, middle, last name)*       Case Number

Stephen Bryan, Alexis Thompson, Allison McKinney,

**Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.**

**Applicant Name:** Rose _____ Meacham

First      Middle      Last

**Enter your full name as "Applicant."**

**The Court having reviewed the** *Application for Waiver of Court Fees* **hereby finds:**

1. ☐ The applicant **qualifies** for a full **(100%)** waiver of all fees, costs, and charges because:

   a. ☐ The applicant receives means-based government assistance under one or more of the following programs:
   - Supplemental Security Income (SSI) (Not Social Security)
   - Aid to the Aged, Blind and Disabled (AABD)
   - Temporary Assistance for Needy Families (TANF)
   - SNAP (Food Stamps)
   - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

   **OR**

   b. ☐ The applicant's personal income is **125%** or less of the current poverty level as established by the U.S. Dept. of Health & Human Services and the applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

   **OR**

   c. ☐ Payments of fees, costs, and charges would result in substantial hardship to the applicant or his or her family.

2. ☐ The applicant **qualifies** for a **partial** *(75%, 50%, or 25%)* waiver of all fees, costs, and charges because the applicant's household income is:
   - ☐ more than **125%** but not greater than **150%** *(75% waived)*;
   - ☐ more than **150%** but not greater than **175%** *(50% waived)*;
   - ☐ more than **175%** but not greater than **200%** *(25% waived)*

   of the current poverty level as established by the US Dept. of Health & Human Services and the Applicant's non-exempt assets under 735 ILCS 5/12-901 and 735 ILCS 5/12-1001 are such that the applicant is unable to pay the fees, costs, or charges.

3. ☐ There is a factual issue about the applicant's entitlement to a fee waiver. The nature of the factual issue is: _____

**DO NOT** check any boxes or fill in any more blanks on this form. The judge will complete the rest of the form.

FILED MAY 25 2022 IRIS Y. MARTINEZ CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL

WA-O 604.5                    Page 1 of 2                    (07/21)

Enter the Case Number given by the Circuit Clerk: _____

4.  ☐ The applicant **does not qualify** for a fee waiver because *(must state specific reason)*:
_____
_____

**IT IS HEREBY ORDERED:**

A ☐ *Application for Waiver of Court Fees* is **GRANTED**, effective on the filing date of the *Application for Waiver of Court Fees.*

   i. ☐ The applicant qualifies for a **full waiver**, and may participate in the case without payment of fees, costs, or charges.

   ii. ☐ The applicant qualifies for a **partial fee waiver** as follows:

      ☐ **75% of all fees, costs, and charges are waived** *(and the applicant must pay 25% of all fees, costs, and charges).*

      ☐ **50% of all fees, costs, and charges are waived** *(and the applicant must pay 50% of all fees, costs, and charges).*

      ☐ **25% of all fees, costs, and charges are waived** *(and the applicant must pay 75% of all fees, costs, and charges).*

   ☐ The applicant must pay fees, costs, and charges currently due by: _____
                                                     *Date*

   ☐ Upon good cause shown, the applicant may make payments as follows *(describe deferral, installment plan, or other reasonable terms)*:
_____
_____

**This order expires one year from the date of this order.** The applicant may reapply before or after the expiration date. Fees, costs, and charges included in this waiver are: filing, service of process, publication, mediation, guardian ad litem, and any other fee listed in 735 ILCS 5/5-105(a)(1).

B. ☐ *Application for Waiver of Court Fees* is **SET FOR HEARING** on _____ at _____
                                                   *Date*               *Time*

   ☐ in person at _____
                    *Courthouse address*        *Courtroom*

   ☐ remotely by telephone at _____
                *Call-in number for telephone remote appearance*

   ☐ remotely by video conference at _____
                *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc)*

The applicant must bring the following **documents** to the hearing:
_____

C. ☐ *Application for Waiver of Court Fees* is **DENIED**.
   The applicant must pay all fees, costs, and charges currently due by: _____
                                                          *Date*

| DO NOT complete this section. The judge will sign and date here. | **ENTERED:** |

_____               _____
*Judge*                                   *Date*

Civil Action Cover Sheet – Case Initiation     (12/01/20) CCL 0520   Biology Department,

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**   Allison Mc[illegible]y, DOJ,
**COUNTY DEPARTMENT, LAW DIVISION** Danita Brown Young, [illegible]

Rose Meacham

VS. State of Illinois, Bofu Cheng, Champaign Police, Title IX.VI, Neuroscience

Attorney State Generals Champaign/Urbana, Board of Education, DOR, ILBarAssoc,

University of Illinois, CARLE Hospitals, No. Engineering Department, HR

OSCR, Justin Brown, Debra Imel, Deans offices, Stephen Bryan, Alexis Thompson

**CIVIL ACTION COVER SHEET – CASE INITIATION** Inspector Generals District Attorney, Jim Foxx, Kwame

A Civil Action Cover Sheet – Case Initiation shall be filed with the Attorney Generals Department of Justice,
complaint in all civil actions. The information contained herein
is for administrative purposes only and cannot be introduced into
evidence. Please check the box in front of the appropriate case
type which best characterizes your action. Only one (1) case type
may be checked with this cover sheet.

Jury Demand ☒ Yes ☐ No

CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
IRIS Y. MARTINEZ

MAY 25 2022   22 L 004671

**F I L E D** (FILE STAMP)

**PERSONAL INJURY/WRONGFUL DEATH**
**CASE TYPES:**
- ☐ 027 Motor Vehicle
- ☒ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road
  Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**
**CASE TYPES:**
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By: _____
(Attorney)       (Pro Se)

**COMMERCIAL LITIGATION**
**CASE TYPES:**
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

**OTHER ACTIONS**
**CASE TYPES:**
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

Primary Email: meacham.rose@gmail.com

Secondary Email: _____

Tertiary Email: _____

**Pro Se Only:** ☒ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice
form the Clerk's Office for this case at this email address: meacham.rose@gmail.com

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Court

**FILED**

MAY 25 202

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY

| | | For Court Use Only |
|---|---|---|
| **STATE OF ILLINOIS, CIRCUIT COURT** _____ **COUNTY** | **APPLICATION FOR WAIVER OF COURT FEES** | |

**22L004671**

**Instructions ▾**

Directly above, enter the name of the county where the case was filed.

Enter the name of the person who started the lawsuit as Plaintiff/Petitioner.

Enter the name of the person being charged as Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk or leave this blank if you do not have one.

Rose Meacham

**Plaintiff / Petitioner** *(First, middle, last name)*

vs. State of Illinois, Zuofu Cheng, Champaign Police, State Attorney General, UI Police, Danielle Anthony BIT, Title IX UI, Neuroscience Program, Engineering Department, CARLE Hospitals, McKinley Health Center, Justin Brown, University of Illinois, OSCR, Debra Imlay, Alexis Thompson, Deans Offices, Stephen Bryan, Allison McKinleyII, Association, Danita Brown Young, Chancellors, OCR, Board of Education

**Defendant /Respondent** *(First, middle, last name)*

Department of Justice, District Attorney, Kim Foxx, Kwame Rao, Inspector Generals, Attorney Generals, AR, Biology Department,

**Case Number** IL

**NOTE:** If you are completing this form on behalf of a minor or an incompetent adult, provide that person's information on this form instead of your own information.

In 1a, enter your full name

In 1b, only enter the year you were born. DO NOT enter your entire date of birth.

In 1c, enter your complete current address.

In 2a, enter the number of people age 18 and older living in your house who you support. Support means that the people rely on you financially.

In 2b, enter the number of people under age 18 living in your house who you support.

In 3, check "Yes" if you are currently receiving 1 or more of the benefits listed below. Be prepared to provide proof that you are currently receiving 1 of these benefits.

If you check "Yes" in 3, skip 4 and sign the form. You do not have to complete 4.

Pursuant to Illinois Supreme Court Rule 298 and 735 ILCS 5/5-105, I state:

1. I believe I cannot afford to pay the court fees, costs and charges in this case and I am providing the following information about myself:

   a. Name: _Rose_ _____ _Meacham_
                 First           Middle            Last

   b. Year of Birth: 1984

   c. Street Address: 625 W Madison St. Unit 906
      City, State, ZIP: Chicago, IL 60661

2. I am providing the following information about people who live with me:

   a. I support _____ adults *(not counting myself)* who live with me.

   b. I support _____ children under 18 who live with me.

3. I am receiving 1 or more of the benefits listed below:

   ☒ Yes ☐ No    Not in effect yet, but approved
   - Supplemental Security Income (SSI) (Not Social Security)
   - Aid to the Aged, Blind and Disabled (AABD)
   - Temporary Assistance to Needy Families (TANF)
   - SNAP (Food Stamps)
   - General Assistance (GA), Transitional Assistance, or State Children and Family Assistance

   **\*\*If you answered "Yes" in section 3, you qualify for a fee waiver under 735 ILCS 5/5-105(a)(2)(i) and (b)(1). You can skip section 4 and sign the form.**

WA-P 603.5                 Page 1 of 3                     (07/21)

Enter the Case Number given by the Circuit Clerk: _____

**4. I checked "No" in section 3, so I am providing the following financial information**

> In 4a, check "Yes" if you have applied for at least 1 of the benefits listed in section 3.

a. I have a pending application for 1 or more of the benefits listed in section 3:
☐ Yes ☐ No

> In 4b, check the box for each type of money you have received in the past month. Also enter the gross (before taxes) amount for each type.

b. I received the following money in the past month. *(check all that apply)*
☐ My employment: $ _____   ☐ Social Security (not SSI): $ _____
☐ Child support: $ _____   ☐ Unemployment: $ _____
☐ Pension: $ _____
☐ Money from other household members: $ _____
☐ Other *(list type and amount)*: _____ $ _____
☐ No income
Total of all money received in the past month: $ _____

> Under Other in 4b and 4c, include any money received from family or friends.

> In 4c, check the box for each type of money you have received in the past 12 months. Also enter the gross (before taxes) amount for each type.

c. I received the following total amount of money in the past 12 months. *(check all that apply)*
☐ My employment: $ _____   ☐ Social Security (not SSI): $ _____
☐ Child support: $ _____   ☐ Unemployment: $ _____
☐ Pension: $ _____
☐ Money from other household members: $ _____
☐ Other *(list type and amount)*: _____ $ _____
☐ No income
Total of all money received in the past 12 months: $ _____

> In 4d, check all of your debts and expenses for the past month and list the amount of money you pay each month for that expense.

d. My current monthly debts and expenses are listed below. *(check all that apply)*
☐ Rent: $ _____ per month
☐ Home Mortgage: $ _____ per month
☐ Other Mortgage: $ _____ per month
☐ Utilities: $ _____ per month
☐ Food: $ _____ per month
☐ Medical: $ _____ per month
☐ Car Loan: $ _____ per month
☐ Childcare: $ _____ per month
☐ Child Support: $ _____ per month
☐ Other expenses not listed above *(list type and amount)*: _____ $ _____

☐ Other debts not listed above *(list type and amount)*: _____ $ _____

☐ I have no expenses

Total of all expenses: $ _____ per month

> In 4e, check all of the items owned by you and list the value of each item. If you own real estate, include the total you owe on any mortgage.

> Be prepared to provide documents showing your income, value of belongings (including real estate) and expense information when you file your forms.

e. I have the belongings listed below. *(check all that apply)*
☐ Bank accounts and cash totaling: $ _____
☐ Home worth: $ _____
   The total I owe on my home mortgage is: $ _____
☐ Other real estate, not including the house I live in, worth: $ _____
   The total I owe on my other mortgage is: $ _____
☐ 1st vehicle worth: $ _____ The 1st vehicle is paid off: ☐ Yes ☐ No
☐ 2nd vehicle worth: $ _____ The 2nd vehicle is paid off: ☐ Yes ☐ No
☐ Other *(list items and value)*: _____ $ _____
☐ None of the above

Enter the Case Number given by the Circuit Clerk: _____

**5 is optional. In 5, list any reason why you or your family would face hardship if you have to pay the fees.**

5. *(Optional)* My family or I would face substantial hardship if I have to pay the fees, costs and charges because: _I was unlawfully fired in Illinois...._

**Under Illinois Supreme Court Rule 137, your signature means that you have read the document, that to the best of your belief, it is true and correct and that you are not filing it for an improper purpose, such as to cause delay.**

/s/ _____
Your Signature

**If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.**

Rose Meacham
Print Your Name

625 W Madison St, Unit 906
Street Address

Chicago, IL 60611
City, State, ZIP

**If you are filling out this form for a minor or incompetent adult, sign and print your name and state your relationship to that person.**

_____
Relationship to Minor or Incompetent Adult (if applicable)

650.740.3984
Telephone

_____
Attorney # (if any)

meacham.rose@gmail.com
Email

**Enter your complete address, telephone number, and email address, if you have one.**

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

WA-P 603.5

07/21