# Motion to Submit Complaint for this Case

**FILED**
FEB 21 2024  AXA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-CV-15882

Dear Honourable Judge Nancy L. Maldonado,

Thank you so much for granting the extension. In reviewing my notes and court documents to try to prepare this response to Defendants' requests to dismiss my important case, I confirmed that the Civil Court Judge ordered a Complaint to be submitted for our scheduled upcoming hearing date in court. At this point we would have reviewed the Complaint in court and it seems that a complaint must be submitted before defense requests to dismiss the case.

Is this correct, or am I, and the previous Civil Court Judge, mistaken?

It seems that Defense may not request dismissal until the complaint is filed first. Without knowing the contents of the case,

which are detailed in the complaint, and without reading the case complaint, it seems illegal - impossible even - that defense would be able to request to dismiss a case, before the complaint is submitted, and before Defense knows what they are objecting to. Defense does not even know what the case is about because defense illegally interrupted the Civil Court proceedings and stopped me from submitting the complaint - defense blocked, interrupted superceded the Civil Court Judge's orders and blocked me from submitting the complaint, as well as shutting down the scheduled hearing the judge ordered to discuss the complaint.

May I please follow the laws for court procedures and submit the complaint for this case?

Is it not illegal that the defense is trying to submit their request to dismiss this case BEFORE the complaint is submitted by the Plaintiff for this case?

Is it also not illegal for Defense to submit a Complaint on behalf of the Plaintiff, without the Plaintiff's permission?

The defense has silenced me and the other scientists reporting yet again —
- Defense interrupted, the Civil Court Judges' orders for me, the Plaintiff, to submit 'my complaint' for the case.
- Defense then illegally, prematurely abused its power over the Courts, and Authorities in Illinois to move the case from Civil Court to Federal Court, <u>before</u> the complaint for this case was submitted.
- Defense interrupted, illegally, the Civil Court Judges' orders for a Hearing where we would have all discussed the Complaint that has not yet been submitted.
- Defense then submitted, illegally, a complaint on behalf of the Plaintiff, without Plaintiff's

permission, and in place of the plaintiff's actual complaint.
- Defense illegally abused its tyranical power in Illinois to block plaintiff's complaint for this case from being submitted to Court.
- Defense has now illegally, prematurely, submitted an absurd and unfounded request to dismiss a case when ~~that~~ Defense does not even know the issues of the case.

- Defense has proven that the ~~Defendants~~ have zero interest in doing their jobs for the American People, and that Defense has zero interest to read or understand the contents of this extremely important case that defense has ~~py~~ already decided is "frivilous" without ever having even read the subject matter or content of the case.
- Defense has proven that the Courts, ~~Defense~~, Defendants are going through the motions to appear outwardly to be

following laws for judicial processes, but have ~~you~~ truly already made up their minds that whatever the case is about, whatever the subject matter is, whatever the contents, turn out to be once the complaint is submitted - Courts, Defense, and Defendants have already decided they are "frivilous," and that the case should be dismissed.

- Defense has proven that Courts, Defense, Defendants intend to dismiss my case and throw it out, no matter what the contents or subject matter are.

Therefore, I am requesting respectfully that I be allowed to submit the complaint for this case <u>before</u> the Defense submits their request to dismiss the case (which we already know they intend to do no matter what my complaint says).

The other case that Defense references, is an entirely different case. It outlines different matters and those matters are closed and I decided not to pursue the issues — after living in the State of Illinois myself, I actually agree with the people at UI about the matters we discussed.

I support them fully.

I support the people in Southern Illinois fully, and I support UI, the professors and staff at UI, etc.

It would be an Honour to be able to simply finish my degree with them, and move forward in my career. I am trying to do my duty to serve people and I hope to help improve people's lives.

People are in fact being misrepresented on the news, and people are in fact not being represented at all for certain issues that are

extremely important.

I did not understand these issues until living in Illinois. I now agree with these people and I support them fully.

So those matters are completely closed. And the lawsuit defense references from years ago is completely irrelevant for this case, and I decided not to pursue those matters at all.

The issues outlined in my current case are extremely important - and I hope to work with Defense to help fix these problems that are harming so many people - especially women and children. And I hope defense will set aside their combative ways of doing law and please see how important these issues are - we can work together to improve our community and protect people.

Thank you for reading this!