Case 1:23-cv-15882

FILED
MAR 25 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Motion to Remove Defendant Husch Blackwell from Defense Attorney Position Due to Conflict of Interest, Harms, Corruption, et.

I just came from my physical exercises that I have to do with a Doctor twice this week (we had hoped for two separate one-hour sessions but my job working as a Cashier $15.80/hour conflicted with my Doctors schedule). I also had to add an extra appointment this week with my primary care Doctor because my Medicaid application to renew my Food Stamps/SNAP and free healthcare was denied. We are desperately trying to keep the Medicaid from being shut down so that some of the Defendants' injuries to my body can be worked on by Doctors. We have only been able to work on the shoulder injury and we have not even been able to start the ankle, foot, knee medical work yet. The insurance forces us to use xrays and do this work for a long period of time and then insurance allows the Doctors to prescribe MRIs. The MRIs are most

needed to assess these types of injuries but the free Medicaid health insurance interferes in how Doctors need to treat these types of physical injuries, onsite work injuries.

The Medicaid assessment agent who renewed my application to renew my food stamps / SNAP and free healthcare Medicaid told me that her computer calculated that I make about $1,000 each month and so I am not eligable for food stamps / SNAP to buy food, and I am not eligable for Medicaid, free health insurance.

Blocking my access to these free benefits might also block my access to Court Fee Waivers, which I require to finish my lawsuits against Defendants, due to the damages Defendants have done to me. Being eligable for food stamps / SNAP benefits is one of the questions listed on the Court

Fee Waiver application to the Illinois Courthouses as a Pro Se litigant.

My phone also stopped working yesterday around 1:30pm CT, March 24, 2024. I now have to pay to repair my phone, which means the money I was trying to set aside to pay for someone to help edit my legal documents so defendants do not call them "rambling" etc. will have to be used to pay for the broken phone etc.

I am also concerned now about continuing to pay out-of-pocket for the damages Defendants did to me as I have been paying out-of-pocket for the damages. The physical injuries are permanent and I have to walk on crutches, need better mobility equipment etc.

The Defendants illegally denied me necessary medical care after Defendants injured me, and denied my requests for accommodations. The Disability

Services Office at University of Illinois approved that I qualify for Mobility Disabilities and that University of Illinois legally needs to provide accommodations but University of Illinois refused to provide legally required accommodations and Defendants illegally fired me, removed me from my position at University of Illinois.

This lawsuit is my only chance to try to regain ~~_____~~ normal employment at jobs that pay a living wage where I can continue to pay out-of pocket for the damages Defendants have done to me.

The Defendants are further proving a mercilessness and inhumane ability by requesting to dismiss this lawsuit, and because Defendants are demanding all of my options to gain basic life necessities and a normal job in my area of study, be shut down by your Honour and illegally restricted.

Defendants illegally blocked me from legal access and harmed me to the point I am unable to continue to retain the legal consultants I was forced to pay for previously.

Defendants are now illegally claiming that Defendant's blocks to my accessing legal help are justification for dismissing my case - if defendants had not illegally extorted me for money in retaliation for following mandatory reporting laws, then I would have funds to pay lawyers to file this lawsuit. I have zero legal knowledge and defendants are illegally using the fact I have zero legal knowledge to illegally claim my case should be dismissed.

If defendants had not illegally harmed me, I would continue to pay law firms to handle this case. I can prove that I have done

the responsible thing to seek legal counsel every step of the way, paying out-of-pocket when UI denied me fair access to legal advice - UI lawyers will not advise students/Employees in disputes against the school, but will advise professors and the school which creates an illegal power imbalance.

Apologies for my lack of legal knowledge while writing these Court Documents.

The Motions to dismiss this lawsuit with prejudice prove an intent to harm that makes coming forward and cooperating with authorities at University of Illinois extremely scary. This lawsuit is my only chance to try to gain the rights to work in the jobs I have degrees to work in, and in the jobs where I need the degrees etc. University of Illinois is illegally withholding in retaliation for reporting.

The Defendants threatened to "push you out" if I filed official reports, which the Title IX office claimed is an illegal threat and time-stamped the evidence. It is extremely concerning that the Defendants made good on these threats even when it meant blocking me from medical care, degrees, jobs, resources etc. I need for basic life necessities and fixing the physical injuries Defendants did to me, Onsite work injuries. Defendants called me a "drain" on University resources after Defendants injured me,

denied me proper accommodations, proper resources to fix the injuries. This mercilessness, harm is continued today, evidenced in the Defendants' demands my case be "dismissed with prejudice" so that I have no way to repair the damages or regain normal employment for basic life necessities, repay student loans, and more. I will not be able to continue to pay out-of-pocket for Defendants' harms done to me if this lawsuit is shut down with "prejudice" and restrictions — it is my only chance to earn a normal wage that would allow me to continue to pay out-of-pocket for Defendants' damages and harms to me.

Furthermore, the Defendants are continuing a pattern of practice where they claim falsely people who report Defendants' crimes are "harassing" Defendants. It makes it impossible to report Defendants' crimes due to these false allegations that Defendants repeatedly use to illegally tamper with investigations, illegally shut down reports, illegally badger and intimidate witnesses and people reporting. I am scared to do my case because Defendants are falsely calling me "vexatious" and demanding I be punished by the courts for filing lawsuits against Defendants, as I was instructed to do. Mickeal Key, Aron Barbey, etc. used this false claim to threaten me, badger me, and force me to shut down the Title IX reports, thus stopping an investigation while people said they wanted to shut down the lab at UI, and higher-ups told me to report... this is illegal. It is scary that Defendants are

trying to do this again and stop the reports (even my final complaint) from happening. The Defendants are unconstitutionally, illegally trying to stop the complaint from being filed, and stop the case from even going to court, while publically punishing me without a fair trial because I reported the Defendants as instructed. In fact, the Defendants demands in their court documents #15, pages 4-6, specifically reprimand me for actual reports that Defendants list, while illegally, unconstitutionally demanding I be punished by the courts for the specific reports I filed about Defendants, as instructed.

This is a violation of my Constitutional Rights, which supercede any small laws or statutes — laws and statutes are designed to be changed and updated to support the Constitution. As I understand it, the Constitution is designed to uphold

God's Laws, as I understand it.

I am the Plaintiff in this Lawsuit. The Defendants are entitled to a free lawyer due to the Constitution, which guarantees attorney representation, and a fair trial to all Defendants — this is something we are all proud of in America, to try to provide fair and just legal judicial processes for all.

Defendants are making false accusations against me outside of a courtroom (in a case where a jury has been requested) and Defendants are demanding a ruling against me be made by the Judge, without a fair trial. I am, however, not being provided a Defense Attorney to defend myself against the Defendants' false accusations against me, I do not believe a jury would want this case dismissed because many people came forward to file reports, some of which could save peoples' lives.

Not only am I Constitutionally promised a free attorney if I am being falsely accused of allegations and forced to defend myself before a Judge's ruling against me, but I am representing myself Pro Se, while the Defendants have 3 different law firms and countless lawyers working for them.

In fact, some of the Defendants are lawyers. Some of the Defendants listed in my case are University of Illinois Lawyers. HuschBlackwell is listed as a Defendant in the lawsuit and I am requesting that HuschBlackwell be barred from this case due to Corruption, Conflict of Interest (which they illegally did not disclose), Abuses of power and their abuse of Women, as detailed in my lawsuit. My lawsuit shows inhumane rights abuses against women and requests in my resolutions

that University of Illinois correct these harms so the school no longer abuses women. For example, my case shows that UI has a school policy that allows professors at University of Illinois to have sex with students at the school and still keep their jobs. The University of Illinois Professor who raped me also attended UI, is an Alumni Engineering Professor, and is very familiar with UI's policies - he even explained the policies to me when he denied me access to classes I needed to take so that he could rape me and not be fired. I am asking that this policy and other systemic harms be changed so this never happens again to another woman. The medical doctors for women's health refused me service and I was unable to attain proper medical needed - the Union at UI has requested for years that student/Employees be given

proper medical care but UI, Department of Education, etc. refuse. Part of the intake process for University of Illinois handling rape on-campus at school is forcing students, employees against their will to undergo a legal interrogation from the lawyers who are now demanding my case be illegally thrown out. HuschBlackwell took my reports in an aggressive, attacking, inhumane, unethical, harmful, cruel manner where details were not recorded properly, I was badgered and abused the whole time, and more. UI creates its own version of the story, excluding testimonies from victims, refuses to interview witnesses, manipulates a paper trail in favor of their clients UI, while damaging victims, etc. The fact that this law firm conducts the interviews under duress to the point victims are crying, and then the same law firm then

attacks victims in court is unethical, immoral, corrupt, Conflict of Interest and more. Huschblackwell created a paper trail in an abusive position of power against students without legal knowledge and is now trying to use this paper trail these lawyers fabricated in court against me. I was forced under duress to undergo this report about rape — my job was threatened if I did not cooperate with the interrogations. The Title IX office put in writing that they viewed me as a "legal liability" and showed no mercy — they refused to even wait to conduct the interviews for a time that was convenient for me, worked with my schedule and job obligations, etc. This is all illegal and I am asking that University of Illinois' legal defense be removed from this lawsuit please due to the fact HuschBlackwell is a

Defendant in this case, and allowing them to defend University of Illinois proves corruption, illegal practices, immoral, unethical behavior, conflict of interest and more.

I believe Husch Blackwell etc. are engaging in inhumane harassment against women with these illegal, unethical practices for their own gain.

I do not even take birth control due to my religious beliefs and because, as a Doctor-in-Training, I know what horrible side-effects occur. The long-term damages for generations have never been studied,— similarly this is true for the medications rape victims are forced to take. Damages to future children, permanent damages to women's bodies — people need to be able to report without fear,

without threats, without duress, without being viewed as "legal liabilities" and more...

The entire reporting system needs to be fixed because it is causing irreversible damages, harms to women, it is changing the facts of what happened, and it is silencing victims so people cannot come forward.

I surveyed a few students on-campus about the Deans offices, Title IX, OSCR, etc. and the majority of students were not satisfied with their services. I presented this to the Board of Trustees to help the school fix this problem so an accurate number of crimes on-campus can be shared publicly - and so people can do their jobs to keep campuses safe. No woman should have to endure rape, sexual harassment at work or school - especially not from a professor.

I am out of time and so I will continue this document as my work schedule allows, and around my Doctors schedule so we can try to work on my physical shoulder injuries from the rape, before Medicaid is cut off by Illinois. Thank you for reading.

Physical Therapy planned to address neck and shoulder diagnosis x 8 visits.

Planned to evaluate and treat her foot and ankle once her neck and shoulder issue was improved.



**Rehabilitation Services Scheduling Coordination Team**

Monday-Thursday, 7:00 am-7:00 pm
Friday, 7:00 am-5:30 pm
Saturday, 8:00 am-noon

Phone: 630.933.1500 (TTY: 711)
Fax: 630.933.1550