1:23-CV-15882

FILED 3-28-24

MAR 28 2024 LM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IC

Motion Continued
~~Remove Husch Blackwell~~ etc.

This is the first chance I have had to stop by the Federal Building between shifts at work to finish my Motion. I stated in the previous filing that I needed to "continue" the motion because I was out of time. But it looks like the Judge has already responded to my incomplete, unfinished Motion, despite my statement I needed to finish it on the next visit due to my work schedule and the limited hours at the Federal Courts, provided to the public to file documents.

The Judge also attempted the Civil Judge's Orders for me to Amend the Complaint

and she blocked my ability to finish writing the complaint or to submit the complaint. The Judge also did not grant my request to finish and submit the complaint and is demonstrating repeat prejudice towards me as a Pro Se litigant, as an in pauper/poor litigant and as someone with disabilities. The Judge is merciless towards me and prejudiced towards me based on these handicaps — she is actually making it impossible for a fair review of my complaint and this case to occur.

I am unable to do this lawsuit with this Judge and it is obvious she is going to rule against me

with prejudice and impose illegal restrictions based on her biases towards people like me, and her proven favoritism towards these corrupted entities of power in Illinois.

disabled litigants from filing necessary court documents is illegal and prejudiced. Speaking over disabled litigants who need more time to compose court documents than other people is illegal. Making rulings without the full documents from disabled litigants is illegal — making rulings without all the facts and evidence is illegal.

Some people refer to disabled people as "gifts" and change the system to accommodate for disabled people so they are also able to contribute and be heard in society........ and other people do not.

Other people like the Defendants view "disabled" people as "drains on resources" and it is sad to see

My frame wasn't hidden from you, when I was made in secret, woven together in the depths of the earth.
Your eyes saw my body. In your book they were all written, the days that were ordained for me, when as yet there were none of them.

How precious to me are your thoughts, God! How vast is the sum of them! Were I to count them, they would outnumber the grains of sand — when I awake, I am still with you. ..."

"All your children shall be taught by the Lord, and great shall be the peace of your children."

"Every good gift and every perfect gift is from above, coming down from the Father of lights with whom there is no variation..."

I was taught that the "imperfections" that people have are <u>not imperfections</u> and that we are not capable of assessing these things. God's creations are perfect and beyond our ability to comprehend.

I have less than 30 minutes to continue writing my motion so I will do my best to add to it, but will try to finish it completely tomorrow. I understand that the Defendants have stated in writing that people like me are considered "drains on resources" in Illinois. The Judge seems eager to dismiss my cases — all of them — and has thrown her weight around to block the Civil Court Judge assigned to this case — this Judge has thrown out the Civil Court Judge's orders (which is illegal) and is now about to rule over the other Judges assigned to my other cases, with prejudice. Cutting off

the Judge behave in a similar manner to throw her weight around, shut down disability accommodations, deny requests for accommodations, interrupt disabled people to speak over them, and rush to dismiss <u>extremely</u> important cases,

even ruling over other Judges authority who are experts in each of these different crimes in each of the different cases.

"For you formed my inmost being.
You knit me together in my mother's womb.
I will give thanks to you, for I am fearfully and wonderfully made. Your works are wonderful.
My soul knows that very well.

The Defense lawyers representing University of Illinois, Husch Blackwell Law firm, are also listed as Defendants in the case.

This is not the only Conflict of Interest that I state in my previous filing — I also stated (although the Judge did not read, or acknowledge) that the Defendants are engaging in illegal corruption with University of Illinois (their clients via payroll on-call, unless I am mistaken) by illegally intervening in Criminal Reports, Criminal Investigations that should legally be handled by Police Detectives, or Federal Agents, etc, by forcing victims under duress to report to Husch Blackwell

Law firm, instead of proper authorities. It is illegal for HuschBlackwell to badger victims, witnesses in crimes, in inhumane and merciless ways, inflicting harms, and recording inaccurate reports about crimes as serious as rape, tampering with Federal investigations, and more.

Women who are raped are forced to take medications at the hospital that harm the women's bodies, and endanger future babies — violating women's religous beliefs and harming their children. Some women are forced to take medications that may or may not murder a baby inside the woman's body

and this is <u>not</u> a "frivilous" case, as Defense is claiming disgustingly.

Furthermore my case shows written evidence from professors involved in crimes against that the lawyers are involved in advising professors, VI employees throughout the documented crimes performed by professors to cover-up scientific fraud, rape, supress whistleblower reports, stop Administrators, Directors of Departments, Chancellors and Proper Authorities from doing their jobs.

The lawyers Husch Blackwell are accepting money in exchange for harming women who are victimized with rape and are illegally

taking the reports from these victims with obvious bias, conflict of interest, tampering with, impeding proper authorities and investigations — to develop illegal, falsified paper trails then used against women rape victims in court. It is illegal for Husch Blackwell to take these reports used by Title IX, UI and more and then use these documents in a case against me, and other rape victims. Defense lawyers need to be removed from the case due to this illegal law violation, Compton, Conflict of Interest, Abuses of Power, <u>Inhumane Crimes Against Women and Children</u> that warrant disbarring...

As previously stated, I will try to finish this motion tomorrow.