1:23-cv-15882

FILED
APR 12 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Exhibit

Assault Injuries from Rape/Assault, Denials of Medical Care Overburdensome Harms, etc.

State of Illinois, University of Illinois etc.

Physical Therapy planned to address neck and shoulder diagnosis x 8 visits.

Planned to evaluate and treat her foot and ankle once her neck and shoulder issue was improved.



**Rehabilitation Services Scheduling Coordination Team**

Monday-Thursday, 7:00am-7:00pm
Friday, 7:00am-5:30pm
Saturday, 8:00am-noon

Phone: 630.933.1500 (TTY: 711)
Fax: 630.933.1550