1:23-cv-15882

FILED
APR 12 2024 SB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# Exhibit

# Medicaid, and Food Stamps (SNAP) Illegally Shut Down

State of Illinois

HFS 915IES (R-10-22)

04/05/24



State of Illinois
Department of Human Services
Department of Healthcare and Family Services
PO Box 19138
Springfield IL 62794-9138  **IMPORTANT INFORMATION. OPEN IMMEDIATELY.**

**IMPORTANT INFORMAT
ABOUT YOUR COVERA**

INFORMACIÓN IMPORTANTE SOBRE SU COB
WAŻNA INFORMACJA O GWARANCJI
ВАЖНАЯ ИНФОРМАЦИЯ О ВАШЕМ ОСВЕЦ
關於你的報導的重要信息

008 CBIGSPi 60661



| | |
|---|---|
| State of Illinois | Date of Notice: March 20, 2024 |
| Department of Human Services | Case Number: 615836186 |
| Department of Healthcare and Family Services | Client Name: ROSE MEACHAM |
| | Individual ID: 1244276752 |
| | Office Name: SOUTH LOOP FCRC |
| | Office Address: 1112 S WABASH AVE CHICAGO, IL 60605 |
| | Phone: 312-793-7500 |
| | TTY: 866-217-8037 |
| | Fax: 844-736-3563 |

ROSE MEACHAM
730 W LAKE ST
CHICAGO, IL 60661

**You can manage your case online at abe.illinois.gov**

Esta notificación está disponible en Español. Usted puede solicitarla por Internet en abe.illinois.gov o llame al 1-800-843-6154 (TTY 1-866-324-5553)

# Notice of Decision

Beginning May 01, 2024, your benefits will change as follows:

**Medical Benefits will stop** for your household. Read the Medical Benefits section of this notice to find out why and to review these changes.

You can manage your case online through ABE (www.abe.illinois.gov). To learn how, read the **Manage My Case Online** section in this notice.

This notice contains important information. If you cannot read this notice, please call us at 1-800-843-6154 (TTY 1-866-324-5553) for help. Please stay on the line while you are connected with an interpreter.

Turn this page over to read more information on the back.



# Medical Benefits

The person(s) listed in the table below have been **approved** for coverage for earlier dates.

| Name | Birth Date | Medical ID (RIN) | Medical Group | Coverage Dates |
|---|---|---|---|---|
| ROSE MEACHAM | Nov 24, 1984 | 368116398 | ACA Adult | Jun 01, 2023 - Apr 30, 2024 |


**Not Eligible for Medical Benefits**

The person(s) listed in the table below are **not eligible** for Medical Benefits.

| Name | Birth Date | Date Coverage Ends | Reason | Policy Reference |
|---|---|---|---|---|
| ROSE MEACHAM | Nov 24, 1984 | Apr 30, 2024 | Household income is more than the limit for this individual for this program. | PM I-03-00 |

The application(s) for health coverage for ROSE MEACHAM have been sent to the Federal Health Insurance Marketplace. Please refer to the attached *You Can Get Help to Buy Health Insurance* form for more information.



**ROSE MEACHAM** was cancelled for having more income than the limit. The following amounts were used to make this decision:

| MAGI Based Budget | | May 01, 2024 |
|---|---|---|
| Total gross earned income | | $1900.00 |
| Total self employment income | + | $0.00 |
| Self employment expenses | - | $0.00 |
| Total unearned income | + | $0.00 |
| Gross monthly income | = | $1900.00 |
| MAGI deductions | - | $0.00 |
| Total countable monthly income | = | $1900.00 |
| Income standard for your household size 1 | | $1732.00 |

Turn this page over to read more information on the back.
IL444-0360C (R-07-23) Notice of Decision     Page 3 of 5

86135112

| Your Rights |
|---|

## YOU HAVE CERTAIN RIGHTS
## CASH AND MEDICAL

If you were denied cash or medical benefits, you have the right to talk with a DHS or HFS caseworker to ask about the reason for denial. The talk will be informal. Any added information you have should be presented at that time. You have the right to be represented at this meeting by any person(s) you choose. If you wish such a meeting, contact the office named on the first page of this notice. You should do this right away. If you choose not to have an informal meeting, you still have a right to appeal this action.

## SNAP

### If Your SNAP Application Was Denied

You may apply for SNAP benefits again any time you think you may be eligible. If you don't agree with our decision to deny your application, you may ask for a fair hearing. You will not receive any SNAP benefits just because you ask for a fair hearing. You will have the chance to explain your disagreement to a Family Community Resource Center worker and later to a hearing officer. If it is decided that you are right, you may be entitled to SNAP benefits from the date you applied.

### If Your SNAP Application Was Approved

You may ask for a fair hearing if you don't agree with the decision. You will then have the chance to explain your disagreement to a Family Community Resource Center worker and later to a hearing officer.



## YOU HAVE THE RIGHT TO APPEAL THIS DECISION

If you do not agree with our decision, you have the right to appeal and be given a fair hearing. You may represent yourself at this hearing or you can ask someone else, such as a lawyer, relative or friend to represent you. If you are appealing the decision on your cash and/or medical benefits decision you must do so within 60 days after the "Date of Notice." If you are appealing a decision about SNAP you must do so within 90 days after the "Date of Notice." You can ask for a fair hearing by calling (800) 435-0774, if you use a TTY, by calling (877) 734-7429, going online to abe.illinois.gov/abe/access/appeals, emailing DHS.BAH@Illinois.gov, faxing (312) 793-3387, or in writing to DHS Bureau of Hearings, 69 W. Washington, 4th Floor, Chicago, IL 60602.

To apply for free legal help:

- ✓ In Cook County (including the City of Chicago) - Legal Assistance Foundation of Metropolitan Chicago: (312) 341-1070

- ✓ In other counties in Northern or Central Illinois with area codes (309), (815) or (847) - Prairie State Legal Services: (800) 531-7057

- ✓ In other counties in Central or Southern Illinois where the area code is (217) or (618) - Land of Lincoln Legal Assistance Foundation: (877) 342-7891

### Manage My Case Online

Go to **abe.illinois.gov** and click on the Manage My Case button to set up an online account. You'll need the individual ID displayed to the right in order to access information in ABE Manage My Case. You can apply for benefits online, and once you access Manage My Case you can check the status of your application, view any upcoming appointments, or upload documents.

| Name | Individual ID |
|---|---|
| ROSE MEACHAM | 1244276752 |





State of Illinois
Department of Healthcare and Family Services

Important News
You Can Get Help to Buy Health Insurance

Even though you cannot get Medicaid coverage, you may be able to buy private health insurance through the Health Insurance Marketplace.

On the Health Insurance Marketplace, health insurance companies sell affordable coverage to people whose employers do not offer insurance and who do not qualify for Medicaid.

* You may qualify to get financial help through the Health Insurance Marketplace so you pay less each month for health insurance.

* Health Insurance Marketplace plans will cover preventive care, doctor visits, prescription drugs, maternity care, emergency services, hospital stays and more.

* Insurance companies cannot deny anyone because they are sick or because they have a preexisting health condition.

We will send the information from your Medicaid application to the Health Insurance Marketplace because you do not qualify for Medicaid. But this may take some time.

To be sure you are covered as soon as possible, apply directly to the Health Insurance Marketplace. Be prepared to give them the Medicaid denial notice you received with this flyer. You can:

* Apply online. Log on to Healthcare.gov;

* Call 1-800-318-2596 (TTY: 1-855-889-4325) to ask questions or choose a health plan over the phone; or

* Get in-person help through a community assister near you -- it's free.
Call 1-866-311-1119 (TTY: 1-888-259-3922) or go to
www.GetCoveredIllinois.gov and click on "Get Help in your Area" to get a list of community assisters.

The Department of Human Services and the Department of Healthcare and Family Services caseworkers cannot help you with the Health Insurance Marketplace.

Federal law requires that all U.S. citizens and legal permanent residents have minimum essential health coverage starting in 2014. Insurance from a job, private insurance, Medicaid, All Kids, Medicare and some VA health care programs count as minimum essential health coverage.

For more information on what counts as minimum essential coverage, go to www.healthcare.gov or www.va.gov/aca.



Health Insurance Marketplace
U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES
465 INDUSTRIAL BOULEVARD
LONDON, KY 40750-0001

Official Business
Penalty for Private Use $300

FIRST CLASS
PRESORTED
U.S. POSTAGE
& FEES PAID
DHHS
PERMIT# G-28



**Important Tax or Health
Coverage Information Inside**

**Contiene Información Importante
sobre Impuestos o Cobertura Médica**

# Health Insurance Marketplace

DEPARTMENT OF HEALTH & HUMAN SERVICES
465 INDUSTRIAL BOULEVARD
LONDON, KENTUCKY 40750-0001

Mar 19, 2024

27771 AB 0.544T76 **AUTOALL FOR AADC 606 PL3 R
ROSE MEACHAM
730 W LAKE ST
CHICAGO, IL 60661-1010

003001-167852-004-14-002-0027771-43589

## Act now to create or update your 2024 application for Marketplace coverage

Your state told us that the following household member(s) recently lost, will soon lose, or were denied coverage through Illinois Medicaid or Illinois All Kids (CHIP):

ROSE MEACHAM

However, people in your household, including those listed above, may now be able to buy a health plan through the Health Insurance Marketplace®, and get help paying for it.

## What should I do next?

Submit a new or updated Marketplace application right away to see if you (or other members of your household) are eligible to buy a Marketplace plan and get help with costs. For help with these steps, visit HealthCare.gov/medicaid-chip/transfer-to-marketplace.

1. **Visit HealthCare.gov and select "Log in" to log into your Marketplace account.** If you don't already have a Marketplace account, you can create one.
2. **Start a new application, or update your existing one.**
   - To start a new application, choose your state and then click "Start my application."
   - If you have an existing application, click "Go to my applications & coverage," and choose the one you want to update under "Your existing applications."
3. **Be sure your application includes:**
   - Your state's recent decision about Medicaid and CHIP coverage.
   - Current household information, like income and size.
4. **Answer the Medicaid/CHIP and household questions based on your situation:**
   - **If you or someone in your household recently lost (or will soon lose) Medicaid or CHIP:**
     o Answer "Yes" to the question that asks if the person's Medicaid or CHIP coverage has ended or will end soon.

1710849224149

1

- o Enter the last day of the person's Medicaid or CHIP coverage. If you don't know the exact date, enter your best guess.
- o Answer the question that asks if your household income or size recently changed.
    - Answer "Yes" if you've had a change in household income or size since the state told the person that they lost or will soon lose Medicaid or CHIP coverage. (We'll check again to find out if that person may be eligible for Medicaid or CHIP.)
    - Answer "No" if nothing has changed.
- **If you or others in your household recently applied for Medicaid or CHIP and were denied (Note: this means the household member(s) didn't already have Medicaid or CHIP coverage when they applied):**

    For each person in your household, answer the question that asks if the state found the person ineligible for Medicaid or CHIP in the past 90 days.

    - o Answer "Yes" if **both** of the following conditions apply. Then enter the date of the person's Medicaid or CHIP denial letter. If you don't know the exact date, enter your best guess.
        - Your state denied the person's Medicaid or CHIP application **in the past 90 days.**
        - There **haven't** been changes to your household income or size, or to the person's citizenship or immigration status since your state denied the person's Medicaid or CHIP application.
    - o Answer "No" if **either** of the following conditions apply:
        - Your state denied the person's Medicaid or CHIP application **more than 90 days ago.**
        - There **have** been changes in your household income or size, or to the person's citizenship or immigration status since the state denied the person's Medicaid or CHIP application.

    If you answer "No", we'll check again to find out if that person may be eligible for Medicaid or CHIP.

5. **Submit your completed application.** You can also call the Marketplace Call Center to complete and submit a Marketplace application at 1-800-318-2596 (TTY: 1-855-889-4325).
6. **Review your results, then enroll in a Marketplace plan if eligible.**

## What happens after I submit my Marketplace application?

You'll get eligibility results right away telling you if you or anyone in your household qualifies for health coverage through the Marketplace. You should review your notice, which may also include:
- Information about getting help with your costs
- Other actions you may need to take to confirm your information
- Enrollment deadlines

Your eligibility results will also tell you if you or anyone in your household qualifies for a Special Enrollment Period, which means you can enroll outside the Open Enrollment Period, or get an earlier coverage start date, if you're eligible.

After reviewing your results, if you're eligible for Marketplace coverage, you can compare options and enroll in a Marketplace plan that best meets your needs.

003001-167652-004-14-002-0027771-43590

## What if someone in my household is already enrolled in a Marketplace plan?

For anyone who's already enrolled in a Marketplace plan, be sure to update your existing application with any life changes that happened since you last applied for Marketplace coverage (like household changes in income, family size, citizenship, or immigration status). Reporting these updates will ensure that each family member is re-evaluated for Medicaid or CHIP coverage or financial assistance for Marketplace coverage based on your household's current information.

## For more help

- Visit HealthCare.gov or call the Marketplace Call Center at 1-800-318-2596. TTY users can call 1-855-889-4325. You can also make an appointment with someone in your area who can help you. Information is available at LocalHelp.HealthCare.gov.
- Get help in a language other than English. Information about how to access these services is included with this notice, and available through the Marketplace Call Center.
- Call the Marketplace Call Center to get this information in an accessible format, like large print, braille, or audio, at no cost to you.

Sincerely,

Health Insurance Marketplace
Department of Health and Human Services
465 Industrial Boulevard
London, Kentucky 40750-0001

*Privacy Disclosure:* The Health Insurance Marketplace® protects the privacy and security of the personally identifiable information (PII) that you have provided (see HealthCare.gov/privacy). This notice was generated by the Marketplace based on 45 CFR 155.230 and other provisions of 45 CFR part 155, subpart D. The PII used to create this notice was collected from information you provided to the Health Insurance Marketplace®. The Marketplace may have used data from other federal or state agencies or a consumer reporting agency to determine eligibility for the individuals on your application. If you have questions about this data, contact the Marketplace at 1-800-318-2596 (TTY: 1-855-889-4325).

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-1207.

*Nondiscrimination:* The Health Insurance Marketplace® doesn't exclude, deny benefits to, or otherwise discriminate against any person on the basis of race, color, national origin, disability, sex (including sexual orientation and gender identity), or age. If you think you've been discriminated against or treated unfairly for any of these reasons, you can file a complaint with the Department of Health and Human Services, Office for Civil Rights by calling 1-800-368-1019 (TTY: 1-800-537-7697), visiting hhs.gov/ocr/civilrights/complaints, or writing to the Office for Civil Rights/ U.S. Department of Health and Human Services/ 200 Independence Avenue, SW/ Room 509F, HHH Building/ Washington, D.C. 20201.

Health Insurance Marketplace® is a registered service mark of the U.S. Department of Health & Human Services.

**This Notice Has Important Information.** This notice has important information about your application or coverage through the Health Insurance Marketplace®. Look for key dates in this notice. You may need to take action by certain deadlines to keep your health coverage or help with costs. You have the right to get this information and help in your language at no cost. Call 1-800-318-2596 and wait through the opening. When an agent answers, state the language you need and you'll be connected with an interpreter.

العربية (Arabic) يحتوي هذا الاشعار على معلومات هامة بخصوص طلبك او تغطيتك من خلال سوق التأمين الصحي. ابحث عن التواريخ الرئيسية في هذا الاشعار. قد تحتاج الى اتخاذ اجراء في مواعيد معينة للحفاظ على تغطيتك الصحية او للمساعدة في التكاليف. لك الحق في الحصول على هذه المعلومات وعلى المساعدة بلغتك من دون اي تكلفة. اتصل بالرقم 1-800-318-2596 و انتظر عند سماعك الافتتاحية. عندما يجيبك الممثل قم بتحديد اللغة التي تحتاج و سيجري وصلك بالمترجم.

中文 (Chinese) 本通知包含您通过健康保险市场的申请或保险范围方面的重要信息。查阅本通知中的重要日期。您可能需要在某些截止日期前采取行动以续保或有助于节省某些费用。您有权免费获取本信息以及您所使用语种的帮助。请致电 1-800-318-2596 并聽完全部錄音。當有代表接聽時，请说明您所需的语种，而时将有详从与您联系。

**Français (French)** Cet avis contient des informations importantes concernant votre demande ou votre couverture à travers le Marché d'assurance maladie. Recherchez les dates clés dans le présent avis. Vous pourrez avoir besoin de prendre des mesures avant certaines dates limites afin de garder votre couverture santé ou de vous aider avec les coûts. Vous avez le droit d'obtenir ces informations et de l'aide dans votre langue sans frais. Appelez le 1-800-318-2596 et appuyez sur « 0 » à deux reprises attendre à travers l'ouverture. Quendre l'agent répond indiquez la langue dont vous avez besoin et vous serez mis en relation avec un interprète.

**Kreyòl (French Creole)** Avi sa a gen enfòmasyon enpòtan sou aplikasyon w lan oswa pwoteksyon atravè Health Insurance Marketplace la. Gade pou datkle nan avi sa a. Ou ka bezwen pran aksyon pa yon sèten dat limit pou ou kenbe asirans sante ou oswa èd ak depans yo. Ou gen dwa pou ou jwenn enfòmasyon sa a akèd nan lang ou sanpa sa pa koute ou anyen. Rele 1-800-318-2596 epi rete tann ouvèti an. Lè yon ajan reponn, di lang ou bezwen an epi ou pral konekte ak yon entèprèt.

**Deutsch (German)** Diese Benachrichtigung enthält wichtige Informationen zu Ihrem Antrag oder Versicherung durch den Health Insurance Marketplace. Suchen Sie nach wichtigen Terminen in dieser Benachrichtigung. Sie müssen möglicherweise bis zu bestimmten Stichtagen handeln, um Ihre Krankenversicherung aufrechtzuerhalten oder Hilfe mit Kosten zu erhalten. Sie haben das Recht, diese Informationen und Hilfe in Ihrer Sprache kostenlos zu erhalten. Rufen Sie 1-800-318-2596 an und warten Sie die Ansage ab. Wenn sich ein Mitarbeiter meldet, wählen Sie die Sprache aus, die Sie benötigen und Sie werden mit einem Dolmetscher verbunden.

**ગુજરાતી (Gujarati)** આ સૂચનામાંઆરોગ્યવીમામાર્કેટસ્થળ સમારફતેતમારીઅરજીઅથવા સર્વગ્રાહી વીમો વિશેનીમહત્વનીમાહિતીછે. આ સૂચનામાંમહત્વનીતારીખોમાટેજુઓ. તમેતમારાઆરોગ્યઆવરીલેવાઅથવાખર્ચમાંમદદકરવામાટેઅમુકચોક્કસ નિશ્ચિત સમય ને હદમાં ધ્યાનમાંરાખીનેપગલાંલેવાનીજરૂરપડેછે. મનેકોઇપણખર્ચવિનાતમારીભાષામાંઆજાણકારીઅનેમદદ મેળવવાનોઅધિકારછે. 1-800-318-2596 અને શરૂઆતના મારફતે રાહ જુઓ. એક એજન્ટ જવાબ આપે, ત્યારે તેમને તમે જરૂરી ભાષા જણાવો અને તમને દુભાષિયો સાથે જોડવામાં આવશે.

**Italiano (Italian)** Questo avviso contiene importanti informazioni. Questo avviso contiene importanti informazioni riguardo la sua richiesta o copertura assicurativa tramite l'Health Insurance Marketplace. Controlli le date più importanti di questo avviso. Potrebbe avere la necessità di compiere alcune azioni al fine di conservare la sua copertura medica o per ridurne i costi. Ha il diritto di ricevere queste informazioni ed assistenza nella sua lingua senza costi aggiuntivi. Chiami all'1-800-318-2596 e resti in attesa del primo operatore disponibile. Quando un nostro operatore risponderà, comunichi la lingua di cui ha bisogno e sarà collegato/a con un interprete.

日本語(Japanese)この通知には重要な情報が含まれています。この通知には、Health Insurance Marketplace 経由のアプリケーションまたは補償範囲に関する重要な情報が含まれます。この通知では、重要な期日について確認してください。補償範囲や費用サポートを維持するには、指定の期日までにご対応いただく必要がある場合があります。これらの情報を無料で取得する権利および希望の言語でサポートを受ける権利があります。1-800-318-2596 にお問い合わせいただき、つながるまでお待ちください。エージェントにつながりましたら、必要とする言語をお伝え下さい。通訳者とつながります。



January 2022



**한국어 (Korean)** 이 통지서에는 건강 보험 시장을 통한 귀하의 신청이나 보험 커버리지에 관한 중요한 정보가 포함되어 있습니다. 이 통지서에 나타난 중요한 날짜들을 잘 찾아 보십시요. 귀하는 귀하의 보험 커버리지를 계속 유지시키거나 경비를 절감하는 도움을 얻기 위해서 일정한 마감일 까지 필요한 조치를 취해야 할 수도 있습니다. 귀하는 귀하의 언어로 이 정보와 도움을 무료로 받을 수 있는 권리가 있습니다. 1-800-318-2596 로 전화하시고 시작하기 전에 기다리십시요. 직원이 전화를 받으면 귀하가 필요한 언어를 말씀하십시요. 그러면 통역사와 연결될 것입니다.

**Polski (Polish)** To ogłoszenie zawiera ważne informacje odnośnie Państwa wniosku o ubezpieczenie lub polisy zdrowotnej zakupionej przez Rynek Ubezpieczeń Zdrowotnych. Prosimy zwrócić uwagę na kluczowe daty zawarte w tym ogłoszeniu aby przy podejmowaniu ewentualnych decyzji dotyczących odnowienia polisy lub pomocy związanej z kosztami, nie przekroczyć terminów. Macie Państwo prawo do bezpłatnej informacji we własnym języku. W tym celu prosimy o telefon pod numer 1 800 318 2596, następnie proszę poczekać na zgłoszenie się operatora i wypowiedzenie preferowanego języka a rozmowa zostanie przełączona do tłumacza.

**Português (Portuguese)** Este aviso contém informações importantes sobre sua aplicação ou cobertura ao longo do Mercado de Planos de Saúde (Health Insurance Marketplace). Observe as datas importantes nesse aviso. Você poderá precisar tomar medidas, até determinados prazos, para manter sua cobertura médica ou ajuda de custo. Você tem o direito de obter tais informações e auxílio em seu idioma, sem custo algum. Ligue para 1-800-318-2596 e espere através da introdução. Quando o agente atende, afirme o idioma que precisa e você será transferido para um intérprete.

**Русский (Russian)** В настоящем уведомлении содержится важная информация о вашей страховке через рынок медицинского страхования. Вы можете найти важные даты в данном уведомлении. Возможно, вам придется предпринять некоторые действия к конкретным срокам, с тем, чтобы сохранить вашу медицинскую страховку или финансовую помощь на медицинские расходы. Вы имеете право на получение этой информации и помощи на родном языке бесплатно. Позвоните по номеру 1-800-318-2596 и прослушайте вступительную информацию до конца. Когда ответит агент, укажите необходимый язык, и вас соединят с переводчиком.

**Español (Spanish)** Este aviso contiene información importante sobre su solicitud o la cobertura que tiene a través del Mercado de Seguros Médicos. Consulte las fechas importantes que figuran aquí. Es probable que deba tomar medidas antes de algunas fechas clave para mantener su cobertura de salud o seguir recibiendo ayuda para pagar los costos. Usted tiene derecho a recibir esta información y asistencia en su idioma en forma gratuita. Llame al 1-800-318-2596 y espere a través de la introducción. Cuando el agente atiende, indique el idioma que necesita y lo pondrán en comunicación con un intérprete.

**Tagalog (Tagalog)** Ang paunawa na ito ay may nilalamang mahalagang impormasyon tungkol sa iyong aplikasyon o kaseguruhan sa pamamagitan ng Health Insurance Marketplace. Tingnan ang mga mahalagang petsa sa paunawang ito. Maaring mangailangang gumawa ka ng hakbang sa loob ng mga itinakdang petsa upang mapanatili ang iyong kaseguruhang pangkalusugan o makatanggap ng tulong sa mga gastos. Mayroon kang karapatang makuha ang impormasyon na ito at tulong sa iyong wika ng walang gastos. Tumawag sa 1-800-318-2596 at maghintay ng pagkakataong mabuksan ang linya. Kapag sumagot ang isang ahente, sabihin ang kailangan mong wika at ikaw ay iuugnay sa isang tagapagsalin sa Tagalog.

**Tiếng Việt (Vietnamese)** Thông báo này có thông tin quan trọng về đơn xin của quý vị hoặc hợp đồng bảo hiểm của chương trình Thị trường bảo hiểm sức khỏe Marketplace. Xin xem những ngày then chốt trong thông báo này. Quý vị có thể phải thực hiện theo thông báo đúng thời hạn để duy trì bảo hiểm sức khỏe hoặc được trợ giúp thêm về chi phí. Quý vị có quyền được biết thông tin này và được trợ giúp bằng ngôn ngữ của mình hoàn toàn miễn phí. Xin gọi 1-800-318-2596 và đợi nghe hết lời mở đầu. Khi nghe một nhân viên trả lời, hãy nói ngôn ngữ của mình là gì và quý vị sẽ được kết nối với một thông dịch viên.

003003-167652-004-14-002-0027771-43593



Health Insurance Marketplace® is a registered service mark of the U.S. Department of Health & Human Services.

January 2022